# Exhibit A

1   BRIAN D. CHASE (*pro hac vice pending*)
    bchase@bisnarchase.com
2   JERUSALEM F. BELIGAN (*pro hac vice*)
    jbeligan@bisnarchase.com
3   BISNAR|CHASE LLP
    1301 Dove Street, Suite 120
4   Newport Beach, California 92660
    Telephone:  949/752-2999
5   Facsimile:   949/752-2777

6   BRANIGAN A. ROBERTSON (*pro hac vice*)      MICHAEL L. FRADIN
    branigan@brobertsonlaw.com                  mike@fradinlaw.com
7   BRANIGAN ROBERTSON                          LAW OFFICE OF MICHAEL L. FRADIN
    9891 Irvine Center Drive, Suite 200         8401 Crawford Avenue, Suite 104
8   Irvine, California 92618                    Skokie, Illinois 60076
    Telephone:  949/667-3025                    Telephone:  847/644-3425
9   Facsimile:   949/242-9853                   Facsimile:  847/673-1228

10  Attorneys for Plaintiffs and Putative Classes

11

12                      **UNITED STATES DISTRICT COURT**

13                      **NORTHERN DISTRICT OF ILLINOIS**

14

15
    Collin   Wiersema;   individually,   and   on
16  behalf of all others similarly situated,

17                  Plaintiffs,                      **COLLECTIVE AND CLASS ACTION**

18          vs.                                      **CONSENT TO JOIN FLSA**
                                                     **COLLECTIVE ACTION PURSUANT**
19  LIFE TIME FITNESS, INC., a Minnesota            **TO 29 U.S.C. § 216(b)**
    corporation; LTF CLUB MANAGEMENT
20  COMPANY, LLC, a Delaware Limited
    Liability   Company;   and   LTF   CLUB
21  OPERATIONS   COMPANY,   INC.,   a
    Minnesota corporation; and DOES 1 to 10,
22  inclusive,

23  Defendants.

24

25

26

27

28

_____

                    **CONSENT TO JOIN ACTION**

1  TO THE COURT AND TO EACH PARTY AND COUNSEL OF RECORD
2  HEREIN, PLEASE TAKE NOTICE:
3       By my signature below, I hereby give my consent to be a plaintiff in the above-
4  captioned action. I want to join the lawsuit entitled: *Collin Wiersema; individually, and on*
5  *behalf of all others similarly situated, vs. LIFE TIME FITNESS, INC., a Minnesota*
6  *corporation; and DOES 1 through 10, inclusive*, in order to seek unpaid wages against
7  LIFETIME FITNESS, INC. under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C.
8  § 216(b), related to my employment with the aforementioned company.
9       I, therefore, authorize the filing and prosecution of the action in my name. By
10  consenting to this action, I agree to be bound by all decisions which the Court shall make in
11  connection with this matter. I choose to be represented in this matter by the law firms of
12  BISNAR|CHASE LLP, BRANIGAN ROBERTSON, INC., THE LAW OFFICES OF
13  MICHAEL L. FRADIN, and other attorneys with whom they may associate in this action.
14       At the time of signing this document, I was over eighteen (18) years of age and was a
15  resident of the State of Colorado at the time of execution.
16
17
18  SIGNATURE:        (Sign Your Name)
19  PRINTED NAME:     Alison Coffey
20                    (Print Your Name)
21  DATE SIGNED:      02/27/2017
22                    (MM/DD/YYYY)
23
24
25
26
27
28

**CONSENT TO JOIN ACTION**

Page 2 of 2

1

To opt in to this collective action, fill out this form and mail, fax, or e-mail it to:

2

3        BISNAR|CHASE LLP
         Brian D. Chase, Esq.
4        *bchase@bisnarchase.com*
         Jerusalem F. Beligan, Esq.
5        *jbeligan@bisnarchase.com*
         1301 Dove Street, Suite 120
6        Newport Beach, California 92660
         Telephone: 949.752.2999
7        Facsimile: 949.752.2777

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**CONSENT TO JOIN ACTION**

1    BRIAN D. CHASE (*pro hac vice pending*)
bchase@bisnarchase.com
2    JERUSALEM F. BELIGAN (*pro hac vice*)
jbeligan@bisnarchase.com
3    BISNAR|CHASE LLP
1301 Dove Street, Suite 120
4    Newport Beach, California 92660
Telephone: 949/752-2999
5    Facsimile: 949/752-2777

6    BRANIGAN A. ROBERTSON (*pro hac vice*)      MICHAEL L. FRADIN
branigan@brobertsonlaw.com                   mike@fradinlaw.com
7    BRANIGAN ROBERTSON                      LAW OFFICE OF MICHAEL L. FRADIN
9891 Irvine Center Drive, Suite 200          8401 Crawford Avenue, Suite 104
8    Irvine, California 92618                   Skokie, Illinois 60076
Telephone: 949/667-3025              Telephone: 847/644-3425
9    Facsimile: 949/242-9853              Facsimile: 847/673-1228

10

11    Attorneys for Plaintiffs and Putative Classes

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF ILLINOIS**

14

15

16    Collin Wiersema; individually, and on behalf of all others similarly situated,

17                 Plaintiffs,

18         vs.

19    LIFE TIME FITNESS, INC., a Minnesota corporation; LTF CLUB MANAGEMENT
20    COMPANY, LLC, a Delaware Limited Liability Company; and LTF CLUB
21    OPERATIONS COMPANY, INC., a Minnesota corporation; and DOES 1 to 10,
22    inclusive,

23         Defendants.

24

25

26

27

28

| | |
|---|---|
| | **COLLECTIVE AND CLASS ACTION** |
| | |
| | **CONSENT TO JOIN FLSA COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)** |

---

**CONSENT TO JOIN ACTION**

TO THE COURT AND TO EACH PARTY AND COUNSEL OF RECORD

HEREIN, PLEASE TAKE NOTICE:

By my signature below, I hereby give my consent to be a plaintiff in the above-captioned action. I want to join the lawsuit entitled: *Collin Wiersema; individually, and on behalf of all others similarly situated, vs. LIFE TIME FITNESS, INC., a Minnesota corporation; and DOES 1 through 10, inclusive,* in order to seek unpaid wages against LIFETIME FITNESS, INC. under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), related to my employment with the aforementioned company.

I, therefore, authorize the filing and prosecution of the action in my name. By consenting to this action, I agree to be bound by all decisions which the Court shall make in connection with this matter. I choose to be represented in this matter by the law firms of BISNAR|CHASE LLP, BRANIGAN ROBERTSON, INC., THE LAW OFFICES OF MICHAEL L. FRADIN, and other attorneys with whom they may associate in this action.

At the time of signing this document, I was over eighteen (18) years of age and was a resident of the State of _____ CO _____ at the time of execution.

SIGNATURE: _____
(Sign Your Name)

PRINTED NAME: BRANDON VICTOR
(Print Your Name)

DATE SIGNED: 02/27/2017
(MM/DD/YYYY)

**CONSENT TO JOIN ACTION**

1

To opt in to this collective action, fill out this form and mail, fax, or e-mail it to:

2

3

BISNAR|CHASE LLP
Brian D. Chase, Esq.

4

*bchase@bisnarchase.com*
Jerusalem F. Beligan, Esq.

5

*jbeligan@bisnarchase.com*
1301 Dove Street, Suite 120

6

Newport Beach, California 92660
Telephone: 949.752.2999

7

Facsimile: 949.752.2777

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CONSENT TO JOIN ACTION**

1  BRIAN D. CHASE (*pro hac vice pending*)
   bchase@bisnarchase.com
2  JERUSALEM F. BELIGAN (*pro hac vice*)
   jbeligan@bisnarchase.com
3  BISNAR|CHASE LLP
   1301 Dove Street, Suite 120
4  Newport Beach, California 92660
   Telephone: 949/752-2999
5  Facsimile: 949/752-2777

6  BRANIGAN A. ROBERTSON (*pro hac vice*)      MICHAEL L. FRADIN
   branigan@brobertsonlaw.com                   mike@fradinlaw.com
7  BRANIGAN ROBERTSON                           LAW OFFICE OF MICHAEL L. FRADIN
   9891 Irvine Center Drive, Suite 200          8401 Crawford Avenue, Suite 104
8  Irvine, California 92618                      Skokie, Illinois 60076
   Telephone: 949/667-3025                       Telephone: 847/644-3425
9  Facsimile: 949/242-9853                       Facsimile: 847/673-1228

10 Attorneys for Plaintiffs and Putative Classes

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF ILLINOIS

14

15  Collin Wiersema; individually, and on
16  behalf of all others similarly situated,
                                                  **COLLECTIVE AND CLASS ACTION**
17                Plaintiffs,
                                                  **CONSENT TO JOIN FLSA**
18        vs.                                     **COLLECTIVE ACTION PURSUANT**
                                                  **TO 29 U.S.C. § 216(b)**
19  LIFE TIME FITNESS, INC., a Minnesota
20  corporation; LTF CLUB MANAGEMENT
    COMPANY, LLC, a Delaware Limited
21  Liability Company; and LTF CLUB
    OPERATIONS COMPANY, INC., a
22  Minnesota corporation; and DOES 1 to 10,
    inclusive,
23
    Defendants.
24

25

26

27

28

---

                    **CONSENT TO JOIN ACTION**

1    TO THE COURT AND TO EACH PARTY AND COUNSEL OF RECORD

2    HEREIN, PLEASE TAKE NOTICE:

3    By my signature below, I hereby give my consent to be a plaintiff in the above-

4    captioned action.  I want to join the lawsuit entitled: *Collin Wiersema; individually, and on*

5    *behalf of all others similarly situated, vs. LIFE TIME FITNESS, INC., a Minnesota*

6    *corporation; and DOES 1 through 10, inclusive*, in order to seek unpaid wages against

7    LIFETIME FITNESS, INC. under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C.

8    § 216(b), related to my employment with the aforementioned company.

9    I, therefore, authorize the filing and prosecution of the action in my name.  By

10   consenting to this action, I agree to be bound by all decisions which the Court shall make in

11   connection with this matter.  I choose to be represented in this matter by the law firms of

12   BISNAR|CHASE LLP, BRANIGAN ROBERTSON, INC., THE LAW OFFICES OF

13   MICHAEL L. FRADIN, and other attorneys with whom they may associate in this action.

14   At the time of signing this document, I was over eighteen (18) years of age and was a

15   resident of the State of ___Colorado___ at the time of execution.

16

17

18   SIGNATURE:    _____
                   (Sign Your Name)

19   PRINTED NAME:    ___Charles Rigby_____
20                    (Print Your Name)

21   DATE SIGNED:    ____02/24/2017_____
                     (MM/DD/YYYY)

22

23

24

25

26

27

28

---

**CONSENT TO JOIN ACTION**

1

To opt in to this collective action, fill out this form and mail, fax, or e-mail it to:

2

3

BISNAR|CHASE LLP
Brian D. Chase, Esq.
*bchase@bisnarchase.com*
Jerusalem F. Beligan, Esq.
*jbeligan@bisnarchase.com*
1301 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: 949.752.2999
Facsimile: 949.752.2777

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**CONSENT TO JOIN ACTION**

BRIAN D. CHASE (*pro hac vice pending*)
bchase@bisnarchase.com
JERUSALEM F. BELIGAN (*pro hac vice*)
jbeligan@bisnarchase.com
BISNAR|CHASE LLP
1301 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: 949/752-2999
Facsimile: 949/752-2777

BRANIGAN A. ROBERTSON (*pro hac vice*)          MICHAEL L. FRADIN
branigan@brobertsonlaw.com                       mike@fradinlaw.com
BRANIGAN ROBERTSON                               LAW OFFICE OF MICHAEL L. FRADIN
9891 Irvine Center Drive, Suite 200              8401 Crawford Avenue, Suite 104
Irvine, California 92618                          Skokie, Illinois 60076
Telephone: 949/667-3025                          Telephone: 847/644-3425
Facsimile: 949/242-9853                          Facsimile: 847/673-1228

Attorneys for Plaintiffs and Putative Classes

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Collin Wiersema; individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFE TIME FITNESS, INC., a Minnesota corporation; LTF CLUB MANAGEMENT COMPANY, LLC, a Delaware Limited Liability Company; and LTF CLUB OPERATIONS COMPANY, INC., a Minnesota corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | **COLLECTIVE AND CLASS ACTION**<br><br>**CONSENT TO JOIN FLSA COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)** |

**CONSENT TO JOIN ACTION**

1    TO THE COURT AND TO EACH PARTY AND COUNSEL OF RECORD

2    HEREIN, PLEASE TAKE NOTICE:

3        By my signature below, I hereby give my consent to be a plaintiff in the above-

4    captioned action. I want to join the lawsuit entitled: *Collin Wiersema; individually, and on*

5    *behalf of all others similarly situated, vs. LIFE TIME FITNESS, INC., a Minnesota*

6    *corporation; and DOES 1 through 10, inclusive*, in order to seek unpaid wages against

7    LIFETIME FITNESS, INC. under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C.

8    § 216(b), related to my employment with the aforementioned company.

9        I, therefore, authorize the filing and prosecution of the action in my name. By

10   consenting to this action, I agree to be bound by all decisions which the Court shall make in

11   connection with this matter. I choose to be represented in this matter by the law firms of

12   BISNAR|CHASE LLP, BRANIGAN ROBERTSON, INC., THE LAW OFFICES OF

13   MICHAEL L. FRADIN, and other attorneys with whom they may associate in this action.

14       At the time of signing this document, I was over eighteen (18) years of age and was a

15   resident of the State of _Kansas_ at the time of execution.

16

17         SIGNATURE:    _Cheri Staab_

18                      (Sign Your Name)

19         PRINTED NAME:   _Cheri Staab_

20                      (Print Your Name)

21         DATE SIGNED:   _02/26/2017_

22                      (MM/DD/YYYY)

23

24

25

26

27

28

---

**CONSENT TO JOIN ACTION**

1    To opt in to this collective action, fill out this form and mail, fax, or e-mail it to:

2

3                        BISNAR|CHASE LLP
                         Brian D. Chase, Esq.
4                      bchase@bisnarchase.com
                       Jerusalem F. Beligan, Esq.
5                      jbeligan@bisnarchase.com
                       1301 Dove Street, Suite 120
6                   Newport Beach, California 92660
                       Telephone: 949.752.2999
7                      Facsimile: 949.752.2777

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**CONSENT TO JOIN ACTION**

1  BRIAN D. CHASE (*pro hac vice pending*)
   bchase@bisnarchase.com
2  JERUSALEM F. BELIGAN (*pro hac vice*)
   jbeligan@bisnarchase.com
3  BISNAR|CHASE LLP
   1301 Dove Street, Suite 120
4  Newport Beach, California 92660
   Telephone: 949/752-2999
5  Facsimile: 949/752-2777

6  BRANIGAN A. ROBERTSON (*pro hac vice*)        MICHAEL L. FRADIN
   branigan@brobertsonlaw.com                    mike@fradinlaw.com
7  BRANIGAN ROBERTSON                            LAW OFFICE OF MICHAEL L. FRADIN
   9891 Irvine Center Drive, Suite 200           8401 Crawford Avenue, Suite 104
8  Irvine, California 92618                       Skokie, Illinois 60076
   Telephone: 949/667-3025                        Telephone: 847/644-3425
9  Facsimile: 949/242-9853                        Facsimile: 847/673-1228

10 Attorneys for Plaintiffs and Putative Classes

11

12                      **UNITED STATES DISTRICT COURT**

13                      **NORTHERN DISTRICT OF ILLINOIS**

14

15 Collin Wiersema; individually, and on
   behalf of all others similarly situated,
16
                                                 **COLLECTIVE AND CLASS ACTION**
17              Plaintiffs,
                                                 **CONSENT TO JOIN FLSA**
18      vs.                                      **COLLECTIVE ACTION PURSUANT**
                                                 **TO 29 U.S.C. § 216(b)**
19 LIFE TIME FITNESS, INC., a Minnesota
   corporation; LTF CLUB MANAGEMENT
20 COMPANY, LLC, a Delaware Limited
   Liability Company; and LTF CLUB
21 OPERATIONS COMPANY, INC., a
   Minnesota corporation; and DOES 1 to 10,
22 inclusive,

23 Defendants.

24

25

26

27

28

                          **CONSENT TO JOIN ACTION**

1    TO THE COURT AND TO EACH PARTY AND COUNSEL OF RECORD
2    HEREIN, PLEASE TAKE NOTICE:
3        By my signature below, I hereby give my consent to be a plaintiff in the above-
4    captioned action. I want to join the lawsuit entitled: *Collin Wiersema; individually, and on*
5    *behalf of all others similarly situated, vs. LIFE TIME FITNESS, INC., a Minnesota*
6    *corporation; and DOES 1 through 10, inclusive*, in order to seek unpaid wages against
7    LIFETIME FITNESS, INC. under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C.
8    § 216(b), related to my employment with the aforementioned company.
9        I, therefore, authorize the filing and prosecution of the action in my name. By
10   consenting to this action, I agree to be bound by all decisions which the Court shall make in
11   connection with this matter. I choose to be represented in this matter by the law firms of
12   BISNAR|CHASE LLP, BRANIGAN ROBERTSON, INC., THE LAW OFFICES OF
13   MICHAEL L. FRADIN, and other attorneys with whom they may associate in this action.
14       At the time of signing this document, I was over eighteen (18) years of age and was a
15   resident of the State of *Nevada* at the time of execution.

16

17

18   SIGNATURE: _____
                     (Sign Your Name)

19   PRINTED NAME: *Cody Gullickson*
20                       (Print Your Name)

21   DATE SIGNED: 02/25/2017
22                    (MM/DD/YYYY)

23

24

25

26

27

28

---

**CONSENT TO JOIN ACTION**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

To opt in to this collective action, fill out this form and mail, fax, or e-mail it to:

BISNAR|CHASE LLP
Brian D. Chase, Esq.
*bchase@bisnarchase.com*
Jerusalem F. Beligan, Esq.
*jbeligan@bisnarchase.com*
1301 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: 949.752.2999
Facsimile: 949.752.2777

**CONSENT TO JOIN ACTION**

1    BRIAN D. CHASE (*pro hac vice pending*)
     bchase@bisnarchase.com
2    JERUSALEM F. BELIGAN (*pro hac vice*)
     jbeligan@bisnarchase.com
3    BISNAR|CHASE LLP
     1301 Dove Street, Suite 120
4    Newport Beach, California 92660
     Telephone:  949/752-2999
5    Facsimile:   949/752-2777

6    BRANIGAN A. ROBERTSON (*pro hac vice*)          MICHAEL L. FRADIN
     branigan@brobertsonlaw.com                       mike@fradinlaw.com
7    BRANIGAN ROBERTSON                               LAW OFFICE OF MICHAEL L. FRADIN
     9891 Irvine Center Drive, Suite 200              8401 Crawford Avenue, Suite 104
8    Irvine, California 92618                         Skokie, Illinois 60076
     Telephone:  949/667-3025                         Telephone: 847/644-3425
9    Facsimile:   949/242-9853                        Facsimile:  847/673-1228

10   Attorneys for Plaintiffs and Putative Classes

11

12                          UNITED STATES DISTRICT COURT

13                          NORTHERN DISTRICT OF ILLINOIS

14

15   Collin  Wiersema;  individually,  and  on
16   behalf of all others similarly situated,
                                                      **COLLECTIVE AND CLASS ACTION**
17                        Plaintiffs,
                                                      **CONSENT TO JOIN FLSA**
18            vs.                                     **COLLECTIVE ACTION PURSUANT**
                                                      **TO 29 U.S.C. § 216(b)**
19   LIFE TIME FITNESS, INC., a Minnesota
20   corporation; LTF CLUB MANAGEMENT
     COMPANY, LLC, a Delaware Limited
21   Liability  Company;  and  LTF  CLUB
     OPERATIONS   COMPANY,   INC.,   a
22   Minnesota corporation; and DOES 1 to 10,
     inclusive,
23
     Defendants.
24

25

26

27

28

                          **CONSENT TO JOIN ACTION**

1  TO THE COURT AND TO EACH PARTY AND COUNSEL OF RECORD

2  HEREIN, PLEASE TAKE NOTICE:

3  By my signature below, I hereby give my consent to be a plaintiff in the above-

4  captioned action.  I want to join the lawsuit entitled: *Collin Wiersema; individually, and on*

5  *behalf of all others similarly situated, vs. LIFE TIME FITNESS, INC., a Minnesota*

6  *corporation; and DOES 1 through 10, inclusive*, in order to seek unpaid wages against

7  LIFETIME FITNESS, INC. under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C.

8  § 216(b), related to my employment with the aforementioned company.

9  I, therefore, authorize the filing and prosecution of the action in my name.  By

10 consenting to this action, I agree to be bound by all decisions which the Court shall make in

11 connection with this matter.  I choose to be represented in this matter by the law firms of

12 BISNAR|CHASE LLP, BRANIGAN ROBERTSON, INC., THE LAW OFFICES OF

13 MICHAEL L. FRADIN, and other attorneys with whom they may associate in this action.

14 At the time of signing this document, I was over eighteen (18) years of age and was a

15 resident of the State of Illinois at the time of execution.

16

17

18 SIGNATURE: _____
                                    (Sign Your Name)

19 PRINTED NAME: Collin Wiersema
                                    (Print Your Name)

20

21 DATE SIGNED: 02/25/2017
                                    (MM/DD/YYYY)

22

23

24

25

26

27

28

---

**CONSENT TO JOIN ACTION**

1

To opt in to this collective action, fill out this form and mail, fax, or e-mail it to:

2

3

BISNAR|CHASE LLP
Brian D. Chase, Esq.
*bchase@bisnarchase.com*
Jerusalem F. Beligan, Esq.
*jbeligan@bisnarchase.com*
1301 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: 949.752.2999
Facsimile: 949.752.2777

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CONSENT TO JOIN ACTION**

1   BRIAN D. CHASE (*pro hac vice pending*)
    bchase@bisnarchase.com
2   JERUSALEM F. BELIGAN (*pro hac vice*)
    jbeligan@bisnarchase.com
3   BISNAR|CHASE LLP
    1301 Dove Street, Suite 120
4   Newport Beach, California 92660
    Telephone: 949/752-2999
5   Facsimile: 949/752-2777

6   BRANIGAN A. ROBERTSON (*pro hac vice*)      MICHAEL L. FRADIN
    branigan@brobertsonlaw.com                  mike@fradinlaw.com
7   BRANIGAN ROBERTSON                          LAW OFFICE OF MICHAEL L. FRADIN
    9891 Irvine Center Drive, Suite 200         8401 Crawford Avenue, Suite 104
8   Irvine, California 92618                    Skokie, Illinois 60076
    Telephone: 949/667-3025                     Telephone: 847/644-3425
9   Facsimile: 949/242-9853                     Facsimile: 847/673-1228

10  Attorneys for Plaintiffs and Putative Classes

11

12                  UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF ILLINOIS

14

15  Collin Wiersema; individually, and on
    behalf of all others similarly situated,
16
                                                COLLECTIVE AND CLASS ACTION
17              Plaintiffs,
                                                CONSENT TO JOIN FLSA
18      vs.                                     COLLECTIVE ACTION PURSUANT
                                                TO 29 U.S.C. § 216(b)
19  LIFE TIME FITNESS, INC., a Minnesota
    corporation; LTF CLUB MANAGEMENT
20  COMPANY, LLC, a Delaware Limited
    Liability Company; and LTF CLUB
21  OPERATIONS COMPANY, INC., a
    Minnesota corporation; and DOES 1 to 10,
22  inclusive,

23  Defendants.

24

25

26

27

28

                        **CONSENT TO JOIN ACTION**

1       TO THE COURT AND TO EACH PARTY AND COUNSEL OF RECORD

2 HEREIN, PLEASE TAKE NOTICE:

3       By my signature below, I hereby give my consent to be a plaintiff in the above-

4 captioned action. I want to join the lawsuit entitled: *Collin Wiersema; individually, and on*

5 *behalf of all others similarly situated, vs. LIFE TIME FITNESS, INC., a Minnesota*

6 *corporation; and DOES 1 through 10, inclusive,* in order to seek unpaid wages against

7 LIFETIME FITNESS, INC. under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C.

8 § 216(b), related to my employment with the aforementioned company.

9       I, therefore, authorize the filing and prosecution of the action in my name. By

10 consenting to this action, I agree to be bound by all decisions which the Court shall make in

11 connection with this matter. I choose to be represented in this matter by the law firms of

12 BISNAR|CHASE LLP, BRANIGAN ROBERTSON, INC., THE LAW OFFICES OF

13 MICHAEL L. FRADIN, and other attorneys with whom they may associate in this action.

14       At the time of signing this document, I was over eighteen (18) years of age and was a

15 resident of the State of _____CO_____ at the time of execution.

16

17

18       SIGNATURE: _____
                            (Sign Your Name)

19       PRINTED NAME: Corey M Roark
                            (Print Your Name)

20

21       DATE SIGNED: 02/24/2017
                          (MM/DD/YYYY)

22

23

24

25

26

27

28

---

**CONSENT TO JOIN ACTION**

1

To opt in to this collective action, fill out this form and mail, fax, or e-mail it to:

2

3
BISNAR|CHASE LLP
Brian D. Chase, Esq.
4
*bchase@bisnarchase.com*
Jerusalem F. Beligan, Esq.
5
*jbeligan@bisnarchase.com*
1301 Dove Street, Suite 120
6
Newport Beach, California 92660
Telephone: 949.752.2999
7
Facsimile: 949.752.2777

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CONSENT TO JOIN ACTION**

1 | BRIAN D. CHASE (*pro hac vice pending*)
bchase@bisnarchase.com
2 | JERUSALEM F. BELIGAN (*pro hac vice*)
jbeligan@bisnarchase.com
3 | BISNAR|CHASE LLP
1301 Dove Street, Suite 120
4 | Newport Beach, California 92660
Telephone: 949/752-2999
5 | Facsimile: 949/752-2777

6 | BRANIGAN A. ROBERTSON (*pro hac vice*)       MICHAEL L. FRADIN
branigan@brobertsonlaw.com                       mike@fradinlaw.com
7 | BRANIGAN ROBERTSON                            LAW OFFICE OF MICHAEL L. FRADIN
9891 Irvine Center Drive, Suite 200              8401 Crawford Avenue, Suite 104
8 | Irvine, California 92618                      Skokie, Illinois 60076
Telephone: 949/667-3025                           Telephone: 847/644-3425
9 | Facsimile: 949/242-9853                       Facsimile: 847/673-1228

10 | Attorneys for Plaintiffs and Putative Classes

11

12 | **UNITED STATES DISTRICT COURT**

13 | **NORTHERN DISTRICT OF ILLINOIS**

14

15 | Collin Wiersema; individually, and on
16 | behalf of all others similarly situated,
                                                  **COLLECTIVE AND CLASS ACTION**
17 | Plaintiffs,
                                                  **CONSENT TO JOIN FLSA
18 | vs.                                           COLLECTIVE ACTION PURSUANT
                                                  TO 29 U.S.C. § 216(b)**
19 | LIFE TIME FITNESS, INC., a Minnesota
corporation; LTF CLUB MANAGEMENT
20 | COMPANY, LLC, a Delaware Limited
Liability Company; and LTF CLUB
21 | OPERATIONS COMPANY, INC., a
Minnesota corporation; and DOES 1 to 10,
22 | inclusive,

23 | Defendants.

24

25

26

27

28

**CONSENT TO JOIN ACTION**

1       TO THE COURT AND TO EACH PARTY AND COUNSEL OF RECORD

2  HEREIN, PLEASE TAKE NOTICE:

3       By my signature below, I hereby give my consent to be a plaintiff in the above-

4  captioned action. I want to join the lawsuit entitled: *Collin Wiersema; individually, and on*

5  *behalf of all others similarly situated, vs. LIFE TIME FITNESS, INC., a Minnesota*

6  *corporation; and DOES 1 through 10, inclusive*, in order to seek unpaid wages against

7  LIFETIME FITNESS, INC. under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C.

8  § 216(b), related to my employment with the aforementioned company.

9       I, therefore, authorize the filing and prosecution of the action in my name. By

10  consenting to this action, I agree to be bound by all decisions which the Court shall make in

11  connection with this matter. I choose to be represented in this matter by the law firms of

12  BISNAR|CHASE LLP, BRANIGAN ROBERTSON, INC., THE LAW OFFICES OF

13  MICHAEL L. FRADIN, and other attorneys with whom they may associate in this action.

14       At the time of signing this document, I was over eighteen (18) years of age and was a

15  resident of the State of _ALABAMA_ at the time of execution.

16

17

18       SIGNATURE: _____
                      (Sign Your Name)

19       PRINTED NAME: IVAN CORREA

20                     (Print Your Name)

21       DATE SIGNED: 2/25/17

22                    (MM/DD/YYYY)

23

24

25

26

27

28

**CONSENT TO JOIN ACTION**

1    To opt in to this collective action, fill out this form and mail, fax, or e-mail it to:

2
3                          BISNAR|CHASE LLP
                           Brian D. Chase, Esq.
4                        *bchase@bisnarchase.com*
                        Jerusalem F. Beligan, Esq.
5                       *jbeligan@bisnarchase.com*
                        1301 Dove Street, Suite 120
6                    Newport Beach, California 92660
                         Telephone: 949.752.2999
7                        Facsimile: 949.752.2777

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CONSENT TO JOIN ACTION**

*jAesteel @ gmAil.com*

1   BRIAN D. CHASE (*pro hac vice pending*)
    bchase@bisnarchase.com
2   JERUSALEM F. BELIGAN (*pro hac vice*)
    jbeligan@bisnarchase.com
3   BISNAR|CHASE LLP
    1301 Dove Street, Suite 120
4   Newport Beach, California 92660
    Telephone:  949/752-2999
5   Facsimile:  949/752-2777

6   BRANIGAN A. ROBERTSON (*pro hac vice*)        MICHAEL L. FRADIN
    branigan@brobertsonlaw.com                    mike@fradinlaw.com
7   BRANIGAN ROBERTSON                            LAW OFFICE OF MICHAEL L. FRADIN
    9891 Irvine Center Drive, Suite 200           8401 Crawford Avenue, Suite 104
8   Irvine, California 92618                      Skokie, Illinois 60076
    Telephone:  949/667-3025                      Telephone: 847/644-3425
9   Facsimile:  949/242-9853                      Facsimile:  847/673-1228

10  Attorneys for Plaintiffs and Putative Classes

11

12                          UNITED STATES DISTRICT COURT

13                          NORTHERN DISTRICT OF ILLINOIS

14

15  Collin Wiersema; individually, and on
16  behalf of all others similarly situated,
                                                  **COLLECTIVE AND CLASS ACTION**
17                   Plaintiffs,
                                                  **CONSENT TO JOIN FLSA**
18          vs.                                   **COLLECTIVE ACTION PURSUANT**
                                                  **TO 29 U.S.C. § 216(b)**
19  LIFE TIME FITNESS, INC., a Minnesota
20  corporation; LTF CLUB MANAGEMENT
    COMPANY, LLC, a Delaware Limited
21  Liability Company; and LTF CLUB
    OPERATIONS COMPANY, INC., a
22  Minnesota corporation; and DOES 1 to 10,
    inclusive,
23
    Defendants.
24

25

26

27

28

                            **CONSENT TO JOIN ACTION**

TO THE COURT AND TO EACH PARTY AND COUNSEL OF RECORD

HEREIN, PLEASE TAKE NOTICE:

By my signature below, I hereby give my consent to be a plaintiff in the above-
captioned action. I want to join the lawsuit entitled: *Collin Wiersema; individually, and on
behalf of all others similarly situated, vs. LIFE TIME FITNESS, INC., a Minnesota
corporation; and DOES 1 through 10, inclusive*, in order to seek unpaid wages against
LIFETIME FITNESS, INC. under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C.
§ 216(b), related to my employment with the aforementioned company.

I, therefore, authorize the filing and prosecution of the action in my name. By
consenting to this action, I agree to be bound by all decisions which the Court shall make in
connection with this matter. I choose to be represented in this matter by the law firms of
BISNAR|CHASE LLP, BRANIGAN ROBERTSON, INC., THE LAW OFFICES OF
MICHAEL L. FRADIN, and other attorneys with whom they may associate in this action.

At the time of signing this document, I was over eighteen (18) years of age and was a
resident of the State of ___Illinois___ at the time of execution.

SIGNATURE: _____
(Sign Your Name)

PRINTED NAME: ___Jeffrey S. McCay___
(Print Your Name)

DATE SIGNED: ___2/24/2017___
(MM/DD/YYYY)

**CONSENT TO JOIN ACTION**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

To opt in to this collective action, fill out this form and mail, fax, or e-mail it to:

BISNAR|CHASE LLP
Brian D. Chase, Esq.
*bchase@bisnarchase.com*
Jerusalem F. Beligan, Esq.
*jbeligan@bisnarchase.com*
1301 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: 949.752.2999
Facsimile: 949.752.2777

**CONSENT TO JOIN ACTION**

1    BRIAN D. CHASE (*pro hac vice pending*)
     bchase@bisnarchase.com
2    JERUSALEM F. BELIGAN (*pro hac vice*)
     jbeligan@bisnarchase.com
3    BISNAR|CHASE LLP
     1301 Dove Street, Suite 120
4    Newport Beach, California 92660
     Telephone: 949/752-2999
5    Facsimile:  949/752-2777

6    BRANIGAN A. ROBERTSON (*pro hac vice*)          MICHAEL L. FRADIN
     branigan@brobertsonlaw.com                      mike@fradinlaw.com
7    BRANIGAN ROBERTSON                              LAW OFFICE OF MICHAEL L. FRADIN
     9891 Irvine Center Drive, Suite 200             8401 Crawford Avenue, Suite 104
8    Irvine, California 92618                         Skokie, Illinois 60076
     Telephone: 949/667-3025                          Telephone: 847/644-3425
9    Facsimile:  949/242-9853                         Facsimile:  847/673-1228

10   Attorneys for Plaintiffs and Putative Classes

11

12                     **UNITED STATES DISTRICT COURT**

13                     **NORTHERN DISTRICT OF ILLINOIS**

14

15   Collin Wiersema; individually, and on
16   behalf of all others similarly situated,
                                                     **COLLECTIVE AND CLASS ACTION**
17                     Plaintiffs,
                                                     **CONSENT TO JOIN FLSA**
18            vs.                                    **COLLECTIVE ACTION PURSUANT**
                                                     **TO 29 U.S.C. § 216(b)**
19   LIFE TIME FITNESS, INC., a Minnesota
20   corporation; LTF CLUB MANAGEMENT
     COMPANY, LLC, a Delaware Limited
21   Liability Company; and LTF CLUB
     OPERATIONS COMPANY, INC., a
22   Minnesota corporation; and DOES 1 to 10,
     inclusive,
23
     Defendants.
24

25

26

27

28

─────────────────────────────────────────────

                     **CONSENT TO JOIN ACTION**

1
2
3
9          I, therefore, authorize the filing and prosecution of the action in my name.  By

10     consenting to this action, I agree to be bound by all decisions which the Court shall make in

11     connection with this matter.  I choose to be represented in this matter by the law firms of

12  BISNAR|CHASE LLP, BRANIGAN ROBERTSON, INC., THE LAW OFFICES OF 13
       MICHAEL L. FRADIN, and other attorneys with whom they may associate in this action.

14         At the time of signing this document, I was over eighteen (18) years of age and was a

15     resident of the State of _Wyoming_ at the time of execution.

16

17         SIGNATURE:              _____
18                                        (Sign Your Name)
19         PRINTED NAME:          _Jessica L. Foley_
20                                        (Print Your Name)
21         DATE SIGNED:           _02-27-2017_
                                          (MM/DD/YYYY)
22
23
24
25
26
27
28

**CONSENT TO JOIN ACTION**

1

To opt in to this collective action, fill out this form and mail, fax, or e-mail it to:

2

3

BISNAR|CHASE LLP
Brian D. Chase, Esq.
*bchase@bisnarchase.com*
Jerusalem F. Beligan, Esq.
*jbeligan@bisnarchase.com*
1301 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: 949.752.2999
Facsimile: 949.752.2777

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**CONSENT TO JOIN ACTION**

1  TO THE COURT AND TO EACH PARTY AND COUNSEL OF RECORD

2  HEREIN, PLEASE TAKE NOTICE:

3  By my signature below, I hereby give my consent to be a plaintiff in the above-

4  captioned action. I want to join the lawsuit entitled: *Collin Wiersema; individually, and on*

5  *behalf of all others similarly situated, vs. LIFE TIME FITNESS, INC., a Minnesota*

6  *corporation; and DOES 1 through 10, inclusive*, in order to seek unpaid wages against

7  LIFETIME FITNESS, INC. under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C.

8  § 216(b), related to my employment with the aforementioned company.

9  I, therefore, authorize the filing and prosecution of the action in my name. By

10  consenting to this action, I agree to be bound by all decisions which the Court shall make in

11  connection with this matter. I choose to be represented in this matter by the law firms of

12  BISNAR|CHASE LLP, BRANIGAN ROBERTSON, INC., THE LAW OFFICES OF

13  MICHAEL L. FRADIN, and other attorneys with whom they may associate in this action.

14  At the time of signing this document, I was over eighteen (18) years of age and was a

15  resident of the State of Virginia at the time of execution.

16

17

18  SIGNATURE: _____
                            (Sign Your Name)

19  PRINTED NAME: John Alvarado
                            (Print Your Name)

20

21  DATE SIGNED: 2/25/2017
                            (MM/DD/YYYY)

22

23

24

25

26

27

28

**CONSENT TO JOIN ACTION**

1 | BRIAN D. CHASE (*pro hac vice pending*)
bchase@bisnarchase.com
2 | JERUSALEM F. BELIGAN (*pro hac vice*)
jbeligan@bisnarchase.com
3 | BISNAR|CHASE LLP
1301 Dove Street, Suite 120
4 | Newport Beach, California 92660
Telephone: 949/752-2999
5 | Facsimile: 949/752-2777

6 | BRANIGAN A. ROBERTSON (*pro hac vice*)           MICHAEL L. FRADIN
branigan@brobertsonlaw.com                          mike@fradinlaw.com
7 | BRANIGAN ROBERTSON                               LAW OFFICE OF MICHAEL L. FRADIN
9891 Irvine Center Drive, Suite 200                 8401 Crawford Avenue, Suite 104
8 | Irvine, California 92618                         Skokie, Illinois 60076
Telephone: 949/667-3025                              Telephone: 847/644-3425
9 | Facsimile: 949/242-9853                          Facsimile: 847/673-1228

10 | Attorneys for Plaintiffs and Putative Classes

11

12 |

### UNITED STATES DISTRICT COURT

13 |

### NORTHERN DISTRICT OF ILLINOIS

14 |

15 | Collin Wiersema; individually, and on
behalf of all others similarly situated,
16 |
**COLLECTIVE AND CLASS ACTION**
17 |                   Plaintiffs,
**CONSENT TO JOIN FLSA**
18 |        vs.                                        **COLLECTIVE ACTION PURSUANT**
**TO 29 U.S.C. § 216(b)**
19 | LIFE TIME FITNESS, INC., a Minnesota
corporation; LTF CLUB MANAGEMENT
20 | COMPANY, LLC, a Delaware Limited
Liability Company; and LTF CLUB
21 | OPERATIONS COMPANY, INC., a
Minnesota corporation; and DOES 1 to 10,
22 | inclusive,

23 | Defendants.

24

25

26

27

28

**CONSENT TO JOIN ACTION**

1     TO THE COURT AND TO EACH PARTY AND COUNSEL OF RECORD

2  HEREIN, PLEASE TAKE NOTICE:

3          By my signature below, I hereby give my consent to be a plaintiff in the above-

4  captioned action. I want to join the lawsuit entitled: *Collin Wiersema; individually, and on*

5  *behalf of all others similarly situated, vs. LIFE TIME FITNESS, INC., a Minnesota*

6  *corporation; and DOES 1 through 10, inclusive,* in order to seek unpaid wages against

7  LIFETIME FITNESS, INC. under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C.

8  § 216(b), related to my employment with the aforementioned company.

9          I, therefore, authorize the filing and prosecution of the action in my name. By

10 consenting to this action, I agree to be bound by all decisions which the Court shall make in

11 connection with this matter. I choose to be represented in this matter by the law firms of

12 BISNAR|CHASE LLP, BRANIGAN ROBERTSON, INC., THE LAW OFFICES OF

13 MICHAEL L. FRADIN, and other attorneys with whom they may associate in this action.

14         At the time of signing this document, I was over eighteen (18) years of age and was a

15 resident of the State of Texas & Arizona at the time of execution.

16

17
                    SIGNATURE:          _____
18                                          (Sign Your Name)

19                  PRINTED NAME:        John Alex Ladysh
20                                          (Print Your Name)

21                  DATE SIGNED:         02 | 27 | 2017
                                            (MM/DD/YYYY)
22

23

24

25

26

27

28

**CONSENT TO JOIN ACTION**

1     To opt in to this collective action, fill out this form and mail, fax, or e-mail it to:

2

3                           BISNAR|CHASE LLP
                           Brian D. Chase, Esq.

4                       *bchase@bisnarchase.com*
                     Jerusalem F. Beligan, Esq.

5                      *jbeligan@bisnarchase.com*
                  1301 Dove Street, Suite 120

6             Newport Beach, California 92660
                 Telephone: 949.752.2999

7                  Facsimile: 949.752.2777

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CONSENT TO JOIN ACTION**

) sicora@gmail.com

1   BRIAN D. CHASE (*pro hac vice pending*)
    bchase@bisnarchase.com
2   JERUSALEM F. BELIGAN (*pro hac vice*)
    jbeligan@bisnarchase.com
3   BISNAR|CHASE LLP
    1301 Dove Street, Suite 120
4   Newport Beach, California 92660
    Telephone: 949/752-2999
5   Facsimile: 949/752-2777

6   BRANIGAN A. ROBERTSON (*pro hac vice*)        MICHAEL L. FRADIN
7   branigan@brobertsonlaw.com                    mike@fradinlaw.com
    BRANIGAN ROBERTSON                            LAW OFFICE OF MICHAEL L. FRADIN
8   9891 Irvine Center Drive, Suite 200           8401 Crawford Avenue, Suite 104
    Irvine, California 92618                       Skokie, Illinois 60076
9   Telephone: 949/667-3025                       Telephone: 847/644-3425
    Facsimile: 949/242-9853                       Facsimile: 847/673-1228

10  Attorneys for Plaintiffs and Putative Classes

11

12

13                      UNITED STATES DISTRICT COURT

14                      NORTHERN DISTRICT OF ILLINOIS

15

16  Collin Wiersema, individually, and on
    behalf of all others similarly situated,

17                  Plaintiffs,                     **COLLECTIVE AND CLASS ACTION**

18          vs.                                     **CONSENT TO JOIN FLSA
                                                    COLLECTIVE ACTION PURSUANT**
19  LIFE TIME FITNESS, INC., a Minnesota            TO 29 U.S.C. § 216(b)
    corporation; LTF CLUB MANAGEMENT
20  COMPANY, LLC, a Delaware Limited
    Liability Company; and LTF CLUB
21  OPERATIONS COMPANY, INC., a
    Minnesota corporation; and DOES 1 to 10,
22  inclusive,

23  Defendants.

24

25

26

27

28

                        **CONSENT TO JOIN ACTION**

TO THE COURT AND TO EACH PARTY AND COUNSEL OF RECORD
HEREIN, PLEASE TAKE NOTICE:

By my signature below, I hereby give my consent to be a plaintiff in the above-
captioned action. I want to join the lawsuit entitled: *Collin Wiersema; individually, and on
behalf of all others similarly situated, vs. LIFE TIME FITNESS, INC., a Minnesota
corporation; and DOES 1 through 10, inclusive,* in order to seek unpaid wages against
LIFETIME FITNESS, INC. under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C.
§ 216(b), related to my employment with the aforementioned company.

I, therefore, authorize the filing and prosecution of the action in my name. By
consenting to this action, I agree to be bound by all decisions which the Court shall make in
connection with this matter. I choose to be represented in this matter by the law firms of
BISNAR|CHASE LLP, BRANIGAN ROBERTSON, INC., THE LAW OFFICES OF
MICHAEL L. FRADIN, and other attorneys with whom they may associate in this action.

At the time of signing this document, I was over eighteen (18) years of age and was a
resident of the State of ___IL___ at the time of execution.

SIGNATURE:

(Sign Your Name)

PRINTED NAME: Jonathan M. Sikora

(Print Your Name)

DATE SIGNED: 02/24/2017

(MM/DD/YYYY)

**CONSENT TO JOIN ACTION**

1

To opt in to this collective action, fill out this form and mail, fax, or e-mail it to:

2

3                           BISNAR|CHASE LLP
                            Brian D. Chase, Esq.
4                         bchase@bisnarchase.com
                          Jerusalem F. Beligan, Esq.
5                         jbeligan@bisnarchase.com
                          1301 Dove Street, Suite 120
6                        Newport Beach, California 92660
                          Telephone: 949.752.2999
7                         Facsimile: 949.752.2777

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CONSENT TO JOIN ACTION**



**Montevista Hospital**
5900 W. Rochelle Ave
Las Vegas, NV 89103
702-251-1368
(F) 702-251-1286
jblum@strategicbh.com

Pages:

**To:** B I S N a r / C h a s e L L P

**Attn:** Brian Chase

**Fax:** 949- 752-2777

**Date:** 2/24/17

**Re:** Consent From Joseph Tong

☐ Urgent
☐ For Review
☐ Please Comment
☐ Please Reply
☐ Please Recycle

**From: Joe T, RN UR**

Fax: 702-251-1286

Phone: 702-251-1225

Cc:

**Comments:**

1          To opt in to this collective action, fill out this form and mail, fax, or e-mail it to:

2

3                                  BISNAR|CHASE LLP
                               Brian D. Chase, Esq.

4                                *bchase@bisnarchase.com*
                        Jerusalem F. Beligan, Esq.

5                              *jbeligan@bisnarchase.com*
                         1301 Dove Street, Suite 120

6                          Newport Beach, California 92660
                       Telephone: 949.752.2999

7                          Facsimile: 949.752.2777

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**CONSENT TO JOIN ACTION**

BRIAN D. CHASE (*pro hac vice pending*)
bchase@bisnarchase.com
JERUSALEM F. BELIGAN (*pro hac vice*)
jbeligan@bisnarchase.com
BISNAR|CHASE LLP
1301 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: 949/752-2999
Facsimile: 949/752-2777

BRANIGAN A. ROBERTSON (*pro hac vice*)
branigan@brobertsonlaw.com
BRANIGAN ROBERTSON
9891 Irvine Center Drive, Suite 200
Irvine, California 92618
Telephone: 949/667-3025
Facsimile: 949/242-9853

MICHAEL L. FRADIN
mike@fradinlaw.com
LAW OFFICE OF MICHAEL L. FRADIN
8401 Crawford Avenue, Suite 104
Skokie, Illinois 60076
Telephone: 847/644-3425
Facsimile: 847/673-1228

Attorneys for Plaintiffs and Putative Classes

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Collin Wiersema; individually, and on behalf of all others similarly situated,<br><br>                  Plaintiffs,<br><br>         vs.<br><br>LIFE TIME FITNESS, INC., a Minnesota corporation; LTF CLUB MANAGEMENT COMPANY, LLC, a Delaware Limited Liability Company; and LTF CLUB OPERATIONS COMPANY, INC., a Minnesota corporation; and DOES 1 to 10, inclusive,<br><br>    Defendants. | **COLLECTIVE AND CLASS ACTION**<br><br>**CONSENT TO JOIN FLSA COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)** |

## CONSENT TO JOIN ACTION

1    TO THE COURT AND TO EACH PARTY AND COUNSEL OF RECORD
2    HEREIN, PLEASE TAKE NOTICE:

3          By my signature below, I hereby give my consent to be a plaintiff in the above-
4    captioned action. I want to join the lawsuit entitled: *Collin Wiersema; individually, and on*
5    *behalf of all others similarly situated, vs. LIFE TIME FITNESS, INC., a Minnesota*
6    *corporation; and DOES I through 10, inclusive*, in order to seek unpaid wages against
7    LIFETIME FITNESS, INC. under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C.
8    § 216(b), related to my employment with the aforementioned company.

9          I, therefore, authorize the filing and prosecution of the action in my name. By
10   consenting to this action, I agree to be bound by all decisions which the Court shall make in
11   connection with this matter. I choose to be represented in this matter by the law firms of
12   BISNAR|CHASE LLP, BRANIGAN ROBERTSON, INC., THE LAW OFFICES OF
13   MICHAEL L. FRADIN, and other attorneys with whom they may associate in this action.
14
15         At the time of signing this document, I was over eighteen (18) years of age and was a
16   resident of the State of _____NV_____ at the time of execution.

17
18   SIGNATURE:        _____
19                                  (Sign Your Name)
20   PRINTED NAME:     _Joseph  P Tong___
21                                  (Print Your Name)
22   DATE SIGNED:      _02 /24 /2017___
23                                  (MM/DD/YYYY)
24
25
26
27
28

**CONSENT TO JOIN ACTION**

BRIAN D. CHASE (*pro hac vice pending*)
bchase@bisnarchase.com
JERUSALEM F. BELIGAN (*pro hac vice*)
jbeligan@bisnarchase.com
BISNAR|CHASE LLP
1301 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: 949/752-2999
Facsimile: 949/752-2777

BRANIGAN A. ROBERTSON (*pro hac vice*)      MICHAEL L. FRADIN
branigan@brobertsonlaw.com                   mike@fradinlaw.com
BRANIGAN ROBERTSON                           LAW OFFICE OF MICHAEL L. FRADIN
9891 Irvine Center Drive, Suite 200          8401 Crawford Avenue, Suite 104
Irvine, California 92618                     Skokie, Illinois 60076
Telephone: 949/667-3025                      Telephone: 847/644-3425
Facsimile: 949/242-9853                      Facsimile: 847/673-1228

Attorneys for Plaintiffs and Putative Classes

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Collin Wiersema; individually, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>LIFE TIME FITNESS, INC., a Minnesota corporation; LTF CLUB MANAGEMENT COMPANY, LLC, a Delaware Limited Liability Company; and LTF CLUB OPERATIONS COMPANY, INC., a Minnesota corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | **COLLECTIVE AND CLASS ACTION**<br><br>**CONSENT TO JOIN FLSA COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)** |

**CONSENT TO JOIN ACTION**

1    TO THE COURT AND TO EACH PARTY AND COUNSEL OF RECORD

2  HEREIN, PLEASE TAKE NOTICE:

3       By my signature below, I hereby give my consent to be a plaintiff in the above-

4  captioned action. I want to join the lawsuit entitled: *Collin Wiersema; individually, and on*

5  *behalf of all others similarly situated, vs. LIFE TIME FITNESS, INC., a Minnesota*

6  *corporation; and DOES 1 through 10, inclusive,* in order to seek unpaid wages against

7  LIFETIME FITNESS, INC. under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C.

8  § 216(b), related to my employment with the aforementioned company.

9       I, therefore, authorize the filing and prosecution of the action in my name. By

10  consenting to this action, I agree to be bound by all decisions which the Court shall make in

11  connection with this matter. I choose to be represented in this matter by the law firms of

12  BISNAR|CHASE LLP, BRANIGAN ROBERTSON, INC., THE LAW OFFICES OF

13  MICHAEL L. FRADIN, and other attorneys with whom they may associate in this action.

14       At the time of signing this document, I was over eighteen (18) years of age and was a

15  resident of the State of _____ at the time of execution.

16

17

18       SIGNATURE: _____
                                    (Sign Your Name)

19       PRINTED NAME: ___Joshua R Anderson___
20                                (Print Your Name)

21       DATE SIGNED: ___2/24/17___
22                                (MM/DD/YYYY)

23

24

25

26

27

28

---

**CONSENT TO JOIN ACTION**

1    To opt in to this collective action, fill out this form and mail, fax, or e-mail it to:

2

3                              BISNAR|CHASE LLP
                                Brian D. Chase, Esq.
4                             *bchase@bisnarchase.com*
                             Jerusalem F. Beligan, Esq.
5                            *jbeligan@bisnarchase.com*
                             1301 Dove Street, Suite 120
6                          Newport Beach, California 92660
                            Telephone: 949.752.2999
7                            Facsimile: 949.752.2777

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**CONSENT TO JOIN ACTION**

1   BRIAN D. CHASE (*pro hac vice pending*)
    bchase@bisnarchase.com
2   JERUSALEM F. BELIGAN (*pro hac vice*)
    jbeligan@bisnarchase.com
3   BISNAR|CHASE LLP
    1301 Dove Street, Suite 120
4   Newport Beach, California 92660
    Telephone: 949/752-2999
5   Facsimile: 949/752-2777

6   BRANIGAN A. ROBERTSON (*pro hac vice*)      MICHAEL L. FRADIN
    branigan@brobertsonlaw.com                  mike@fradinlaw.com
7   BRANIGAN ROBERTSON                          LAW OFFICE OF MICHAEL L. FRADIN
    9891 Irvine Center Drive, Suite 200         8401 Crawford Avenue, Suite 104
8   Irvine, California 92618                    Skokie, Illinois 60076
    Telephone: 949/667-3025                     Telephone: 847/644-3425
9   Facsimile: 949/242-9853                     Facsimile: 847/673-1228

10  Attorneys for Plaintiffs and Putative Classes

11

12

13                    **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF ILLINOIS**

15

16  Collin Wiersema; individually, and on
    behalf of all others similarly situated,
17
                    Plaintiffs,                      **COLLECTIVE AND CLASS ACTION**
18
          vs.                                        **CONSENT TO JOIN FLSA**
19                                                   **COLLECTIVE ACTION PURSUANT**
    LIFE TIME FITNESS, INC., a Minnesota            **TO 29 U.S.C. § 216(b)**
20  corporation; LTF CLUB MANAGEMENT
    COMPANY, LLC, a Delaware Limited
21  Liability Company; and LTF CLUB
    OPERATIONS COMPANY, INC., a
22  Minnesota corporation; and DOES 1 to 10,
    inclusive,
23
    Defendants.
24

25

26

27

28

                    **CONSENT TO JOIN ACTION**

1    TO THE COURT AND TO EACH PARTY AND COUNSEL OF RECORD

2    HEREIN, PLEASE TAKE NOTICE:

3        By my signature below, I hereby give my consent to be a plaintiff in the above-

4    captioned action. I want to join the lawsuit entitled: *Collin Wiersema; individually, and on*

5    *behalf of all others similarly situated, vs. LIFE TIME FITNESS, INC., a Minnesota*

6    *corporation; and DOES 1 through 10, inclusive*, in order to seek unpaid wages against

7    LIFETIME FITNESS, INC. under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C.

8    § 216(b), related to my employment with the aforementioned company.

9        I, therefore, authorize the filing and prosecution of the action in my name. By

10    consenting to this action, I agree to be bound by all decisions which the Court shall make in

11    connection with this matter. I choose to be represented in this matter by the law firms of

12    BISNAR|CHASE LLP, BRANIGAN ROBERTSON, INC., THE LAW OFFICES OF

13    MICHAEL L. FRADIN, and other attorneys with whom they may associate in this action.

14        At the time of signing this document, I was over eighteen (18) years of age and was a

15    resident of the State of _____AZ_____ at the time of execution.

16

17

18            SIGNATURE:                      (Sign Your Name)

19

20            PRINTED NAME:      Justin Boyce
                                       (Print Your Name)

21            DATE SIGNED:       02/25/2017
                                       (MM/DD/YYYY)

22

23

24

25

26

27

28

---

**CONSENT TO JOIN ACTION**

1

2

To opt in to this collective action, fill out this form and mail, fax, or e-mail it to:

3

BISNAR|CHASE LLP
Brian D. Chase, Esq.
*bchase@bisnarchase.com*
Jerusalem F. Beligan, Esq.
*jbeligan@bisnarchase.com*
1301 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: 949.752.2999
Facsimile: 949.752.2777

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CONSENT TO JOIN ACTION**

Case: 1:17-cv-01585 Document #: 3-1 Filed: 03/01/17 Page 50 of 85 PageID #:82

1   BRIAN D. CHASE (*pro hac vice pending*)
    bchase@bisnarchase.com
2   JERUSALEM F. BELIGAN (*pro hac vice*)
    jbeligan@bisnarchase.com
3   BISNAR|CHASE LLP
    1301 Dove Street, Suite 120
4   Newport Beach, California 92660
    Telephone: 949/752-2999
5   Facsimile: 949/752-2777

6   BRANIGAN A. ROBERTSON (*pro hac vice*)          MICHAEL L. FRADIN
    branigan@brobertsonlaw.com                      mike@fradinlaw.com
7   BRANIGAN ROBERTSON                              LAW OFFICE OF MICHAEL L. FRADIN
    9891 Irvine Center Drive, Suite 200             8401 Crawford Avenue, Suite 104
8   Irvine, California 92618                        Skokie, Illinois 60076
    Telephone: 949/667-3025                         Telephone: 847/644-3425
9   Facsimile: 949/242-9853                         Facsimile: 847/673-1228

10  Attorneys for Plaintiffs and Putative Classes

11

12                       UNITED STATES DISTRICT COURT

13                       NORTHERN DISTRICT OF ILLINOIS

14

15  Collin Wiersema, individually, and on
16  behalf of all others similarly situated,

17                  Plaintiffs,                      COLLECTIVE AND CLASS ACTION

18          vs.                                      CONSENT TO JOIN FLSA
                                                     COLLECTIVE ACTION PURSUANT
19  LIFE TIME FITNESS, INC., a Minnesota             TO 29 U.S.C. § 216(b)
    corporation; LTF CLUB MANAGEMENT
20  COMPANY, LLC, a Delaware Limited
    Liability Company; and LTF CLUB
21  OPERATIONS COMPANY, INC., a
    Minnesota corporation; and DOES 1 to 10,
22  inclusive,

23  Defendants.

24

25

26

27

28

                       CONSENT TO JOIN ACTION

TO THE COURT AND TO EACH PARTY AND COUNSEL OF RECORD

HEREIN, PLEASE TAKE NOTICE:

By my signature below, I hereby give my consent to be a plaintiff in the above-captioned action. I want to join the lawsuit entitled: *Collin Wiersema, individually, and on behalf of all others similarly situated, vs. LIFE TIME FITNESS, INC., a Minnesota corporation; and DOES 1 through 10, inclusive*, in order to seek unpaid wages against LIFETIME FITNESS, INC. under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), related to my employment with the aforementioned company.

I, therefore, authorize the filing and prosecution of the action in my name. By consenting to this action, I agree to be bound by all decisions which the Court shall make in connection with this matter. I choose to be represented in this matter by the law firms of BISNAR|CHASE LLP, BRANIGAN ROBERTSON, INC., THE LAW OFFICES OF MICHAEL L. FRADIN, and other attorneys with whom they may associate in this action.

At the time of signing this document, I was over eighteen (18) years of age and was a resident of the State of _Colorado_ at the time of execution.

SIGNATURE: _____
(Sign Your Name)

PRINTED NAME: _Kevin Dehlinger_
(Print Your Name)

DATE SIGNED: _02/27/2017_
(MM/DD/YYYY)

**CONSENT TO JOIN ACTION**

1

To opt in to this collective action, fill out this form and mail, fax, or e-mail it to:

2

3

BISNAR|CHASE LLP
Brian D. Chase, Esq.
*bchase@bisnarchase.com*
Jerusalem F. Beligan, Esq.
*jbeligan@bisnarchase.com*
1301 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: 949.752.2999
Facsimile: 949.752.2777

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CONSENT TO JOIN ACTION**

1  BRIAN D. CHASE (*pro hac vice pending*)
   bchase@bisnarchase.com
2  JERUSALEM F. BELIGAN (*pro hac vice*)
   jbeligan@bisnarchase.com
3  BISNAR|CHASE LLP
   1301 Dove Street, Suite 120
4  Newport Beach, California 92660
   Telephone:  949/752-2999
5  Facsimile:  949/752-2777

6  BRANIGAN A. ROBERTSON (*pro hac vice*)     MICHAEL L. FRADIN
   branigan@brobertsonlaw.com                 mike@fradinlaw.com
7  BRANIGAN ROBERTSON                         LAW OFFICE OF MICHAEL L. FRADIN
   9891 Irvine Center Drive, Suite 200        8401 Crawford Avenue, Suite 104
8  Irvine, California 92618                   Skokie, Illinois 60076
   Telephone:  949/667-3025                   Telephone:  847/644-3425
9  Facsimile:  949/242-9853                   Facsimile:  847/673-1228

10 Attorneys for Plaintiffs and Putative Classes

11

12

13 **UNITED STATES DISTRICT COURT**

14 **NORTHERN DISTRICT OF ILLINOIS**

15

16 Collin Wiersema; individually, and on behalf of all others similarly situated,

17                      Plaintiffs,          **COLLECTIVE AND CLASS ACTION**

18          vs.                              **CONSENT TO JOIN FLSA COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)**

19 LIFE TIME FITNESS, INC., a Minnesota corporation; LTF CLUB MANAGEMENT
20 COMPANY, LLC, a Delaware Limited Liability Company; and LTF CLUB
21 OPERATIONS COMPANY, INC., a Minnesota corporation; and DOES 1 to 10,
22 inclusive,

23                      Defendants.

24

25

26

27

28

**CONSENT TO JOIN ACTION**

1    TO THE COURT AND TO EACH PARTY AND COUNSEL OF RECORD

2  HEREIN, PLEASE TAKE NOTICE:

3    By my signature below, I hereby give my consent to be a plaintiff in the above-

4  captioned action. I want to join the lawsuit entitled: *Collin Wiersema; individually, and on*

5  *behalf of all others similarly situated, vs. LIFE TIME FITNESS, INC., a Minnesota*

6  *corporation; and DOES 1 through 10, inclusive*, in order to seek unpaid wages against

7  LIFETIME FITNESS, INC. under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C.

8  § 216(b), related to my employment with the aforementioned company.

9    I, therefore, authorize the filing and prosecution of the action in my name. By

10  consenting to this action, I agree to be bound by all decisions which the Court shall make in

11  connection with this matter. I choose to be represented in this matter by the law firms of

12  BISNAR|CHASE LLP, BRANIGAN ROBERTSON, INC., THE LAW OFFICES OF

13  MICHAEL L. FRADIN, and other attorneys with whom they may associate in this action.

14    At the time of signing this document, I was over eighteen (18) years of age and was a

15  resident of the State of ___Illinois___ at the time of execution.

16

17

18  SIGNATURE: _____
                                   (Sign Your Name)

19  PRINTED NAME: _____
                                   (Print Your Name)

20

21  DATE SIGNED: _____2/26/2017_____
                                   (MM/DD/YYYY)

22

23

24

25

26

27

28

---

**CONSENT TO JOIN ACTION**

1

To opt in to this collective action, fill out this form and mail, fax, or e-mail it to:

2

3

BISNAR|CHASE LLP
Brian D. Chase, Esq.
*bchase@bisnarchase.com*
Jerusalem F. Beligan, Esq.
*jbeligan@bisnarchase.com*
1301 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: 949.752.2999
Facsimile: 949.752.2777

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CONSENT TO JOIN ACTION**

1  BRIAN D. CHASE (*pro hac vice pending*)
   bchase@bisnarchase.com
2  JERUSALEM F. BELIGAN (*pro hac vice*)
   jbeligan@bisnarchase.com
3  BISNAR|CHASE LLP
   1301 Dove Street, Suite 120
4  Newport Beach, California 92660
   Telephone: 949/752-2999
5  Facsimile:  949/752-2777

6  BRANIGAN A. ROBERTSON (*pro hac vice*)       MICHAEL L. FRADIN
   branigan@brobertsonlaw.com                    mike@fradinlaw.com
7  BRANIGAN ROBERTSON                            LAW OFFICE OF MICHAEL L. FRADIN
   9891 Irvine Center Drive, Suite 200           8401 Crawford Avenue, Suite 104
8  Irvine, California 92618                      Skokie, Illinois 60076
   Telephone: 949/667-3025                       Telephone: 847/644-3425
9  Facsimile: 949/242-9853                       Facsimile: 847/673-1228

10 Attorneys for Plaintiffs and Putative Classes

11

12                       **UNITED STATES DISTRICT COURT**

13                       **NORTHERN DISTRICT OF ILLINOIS**

14

15  Collin Wiersema; individually, and on
    behalf of all others similarly situated,
16                                                **COLLECTIVE AND CLASS ACTION**
17                Plaintiffs,
                                                  **CONSENT TO JOIN FLSA**
18         vs.                                    **COLLECTIVE ACTION PURSUANT**
                                                  **TO 29 U.S.C. § 216(b)**
19  LIFE TIME FITNESS, INC., a Minnesota
    corporation; LTF CLUB MANAGEMENT
20  COMPANY, LLC, a Delaware Limited
    Liability Company; and LTF CLUB
21  OPERATIONS COMPANY, INC., a
    Minnesota corporation; and DOES 1 to 10,
22  inclusive,

23  Defendants.

24

25

26

27

28

                       **CONSENT TO JOIN ACTION**

1  TO THE COURT AND TO EACH PARTY AND COUNSEL OF RECORD

2  HEREIN, PLEASE TAKE NOTICE:

3      By my signature below, I hereby give my consent to be a plaintiff in the above-

4  captioned action. I want to join the lawsuit entitled: *Collin Wiersema; individually, and on*

5  *behalf of all others similarly situated, vs. LIFE TIME FITNESS, INC., a Minnesota*

6  *corporation; and DOES 1 through 10, inclusive*, in order to seek unpaid wages against

7  LIFETIME FITNESS, INC. under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C.

8  § 216(b), related to my employment with the aforementioned company.

9      I, therefore, authorize the filing and prosecution of the action in my name. By

10 consenting to this action, I agree to be bound by all decisions which the Court shall make in

11 connection with this matter. I choose to be represented in this matter by the law firms of

12 BISNAR|CHASE LLP, BRANIGAN ROBERTSON, INC., THE LAW OFFICES OF

13 MICHAEL L. FRADIN, and other attorneys with whom they may associate in this action.

14     At the time of signing this document, I was over eighteen (18) years of age and was a

15 resident of the State of ___IL___ at the time of execution.

16

17           SIGNATURE: *Matt Campione*

18                         (Sign Your Name)

19           PRINTED NAME: MATT CAMPIONE

20                         (Print Your Name)

21           DATE SIGNED: 2/24/17

22                         (MM/DD/YYYY)

23

24

25

26

27

28

---

**CONSENT TO JOIN ACTION**

1

To opt in to this collective action, fill out this form and mail, fax, or e-mail it to:

2

3  BISNAR|CHASE LLP
   Brian D. Chase, Esq.
   *bchase@bisnarchase.com*
4  Jerusalem F. Beligan, Esq.
   *jbeligan@bisnarchase.com*
5  1301 Dove Street, Suite 120
   Newport Beach, California 92660
6  Telephone: 949.752.2999
   Facsimile: 949.752.2777
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CONSENT TO JOIN ACTION**

1  BRIAN D. CHASE (*pro hac vice pending*)
   bchase@bisnarchase.com
2  JERUSALEM F. BELIGAN (*pro hac vice*)
   jbeligan@bisnarchase.com
3  BISNAR|CHASE LLP
   1301 Dove Street, Suite 120
4  Newport Beach, California 92660
   Telephone:  949/752-2999
5  Facsimile:   949/752-2777

6  BRANIGAN A. ROBERTSON (*pro hac vice*)      MICHAEL L. FRADIN
   branigan@brobertsonlaw.com                  mike@fradinlaw.com
7  BRANIGAN ROBERTSON                          LAW OFFICE OF MICHAEL L. FRADIN
   9891 Irvine Center Drive, Suite 200         8401 Crawford Avenue, Suite 104
8  Irvine, California 92618                     Skokie, Illinois 60076
   Telephone:  949/667-3025                     Telephone:  847/644-3425
9  Facsimile:   949/242-9853                    Facsimile:  847/673-1228

10 Attorneys for Plaintiffs and Putative Classes

11

12              **UNITED STATES DISTRICT COURT**

13             **NORTHERN DISTRICT OF ILLINOIS**

14

15 Collin  Wiersema;  individually,  and  on
   behalf of all others similarly situated,
16
                                              **COLLECTIVE AND CLASS ACTION**
17            Plaintiffs,
                                              **CONSENT TO JOIN FLSA**
18        vs.                                 **COLLECTIVE ACTION PURSUANT**
                                              **TO 29 U.S.C. § 216(b)**
19 LIFE TIME FITNESS, INC., a Minnesota
   corporation; LTF CLUB MANAGEMENT
20 COMPANY, LLC, a Delaware Limited
   Liability Company;  and  LTF  CLUB
21 OPERATIONS  COMPANY,  INC.,  a
   Minnesota corporation; and DOES 1 to 10,
22 inclusive,

23         Defendants.

24

25

26

27

28

                  **CONSENT TO JOIN ACTION**

1   TO THE COURT AND TO EACH PARTY AND COUNSEL OF RECORD

2   HEREIN, PLEASE TAKE NOTICE:

3       By my signature below, I hereby give my consent to be a plaintiff in the above-

4   captioned action. I want to join the lawsuit entitled: *Collin Wiersema; individually, and on*

5   *behalf of all others similarly situated, vs. LIFE TIME FITNESS, INC., a Minnesota*

6   *corporation; and DOES 1 through 10, inclusive,* in order to seek unpaid wages against

7   LIFETIME FITNESS, INC. under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C.

8   § 216(b), related to my employment with the aforementioned company.

9       I, therefore, authorize the filing and prosecution of the action in my name. By

10  consenting to this action, I agree to be bound by all decisions which the Court shall make in

11  connection with this matter. I choose to be represented in this matter by the law firms of

12  BISNAR|CHASE LLP, BRANIGAN ROBERTSON, INC., THE LAW OFFICES OF

13  MICHAEL L. FRADIN, and other attorneys with whom they may associate in this action.

14      At the time of signing this document, I was over eighteen (18) years of age and was a

15  resident of the State of Florida at the time of execution.

16

17

18  SIGNATURE: _____

                      (Sign Your Name)

19

20  PRINTED NAME: Michael Knever

                      (Print Your Name)

21  DATE SIGNED: 2/23/17

                      (MM/DD/YYYY)

22

23

24

25

26

27

28

1

To opt in to this collective action, fill out this form and mail, fax, or e-mail it to:

2

3

BISNAR|CHASE LLP
Brian D. Chase, Esq.
*bchase@bisnarchase.com*
Jerusalem F. Beligan, Esq.
*jbeligan@bisnarchase.com*
1301 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: 949.752.2999
Facsimile: 949.752.2777

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CONSENT TO JOIN ACTION**

1   BRIAN D. CHASE (*pro hac vice pending*)
    bchase@bisnarchase.com
2   JERUSALEM F. BELIGAN (*pro hac vice*)
    jbeligan@bisnarchase.com
3   BISNAR|CHASE LLP
    1301 Dove Street, Suite 120
4   Newport Beach, California 92660
    Telephone:  949/752-2999
5   Facsimile:   949/752-2777

6   BRANIGAN A. ROBERTSON (*pro hac vice*)      MICHAEL L. FRADIN
    branigan@brobertsonlaw.com                  mike@fradinlaw.com
7   BRANIGAN ROBERTSON                          LAW OFFICE OF MICHAEL L. FRADIN
    9891 Irvine Center Drive, Suite 200         8401 Crawford Avenue, Suite 104
8   Irvine, California 92618                     Skokie, Illinois 60076
    Telephone:  949/667-3025                     Telephone:  847/644-3425
9   Facsimile:   949/242-9853                    Facsimile:  847/673-1228

10  Attorneys for Plaintiffs and Putative Classes

11

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF ILLINOIS**

14

15
    Collin  Wiersema;  individually,  and  on
16  behalf of all others similarly situated,
                                                    **COLLECTIVE AND CLASS ACTION**
17                  Plaintiffs,
                                                    **CONSENT TO JOIN FLSA**
18          vs.                                     **COLLECTIVE ACTION PURSUANT**
                                                    **TO 29 U.S.C. § 216(b)**
19  LIFE TIME FITNESS, INC., a Minnesota
    corporation; LTF CLUB MANAGEMENT
20  COMPANY, LLC, a Delaware Limited
    Liability Company;  and  LTF  CLUB
21  OPERATIONS  COMPANY,  INC.,  a
    Minnesota corporation; and DOES 1 to 10,
22  inclusive,

23  Defendants.

24

25

26

27

28

                    **CONSENT TO JOIN ACTION**

1    TO THE COURT AND TO EACH PARTY AND COUNSEL OF RECORD

2  HEREIN, PLEASE TAKE NOTICE:

3    By my signature below, I hereby give my consent to be a plaintiff in the above-

4  captioned action.  I want to join the lawsuit entitled: *Collin Wiersema; individually, and on*

5  *behalf of all others similarly situated, vs. LIFE TIME FITNESS, INC., a Minnesota*

6  *corporation; and DOES 1 through 10, inclusive*, in order to seek unpaid wages against

7  LIFETIME FITNESS, INC. under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C.

8  § 216(b), related to my employment with the aforementioned company.

9    I, therefore, authorize the filing and prosecution of the action in my name.  By

10 consenting to this action, I agree to be bound by all decisions which the Court shall make in

11 connection with this matter.  I choose to be represented in this matter by the law firms of

12 BISNAR|CHASE LLP, BRANIGAN ROBERTSON, INC., THE LAW OFFICES OF

13 MICHAEL L. FRADIN, and other attorneys with whom they may associate in this action.

14    At the time of signing this document, I was over eighteen (18) years of age and was a

15 resident of the State of _Colorado_ at the time of execution.

16

17

18 SIGNATURE:                 _____
                                   (Sign Your Name)

19 PRINTED NAME:          Rebecca Niccoli
20                                  (Print Your Name)

21 DATE SIGNED:            02/28/2017
                                   (MM/DD/YYYY)

22

23

24

25

26

27

28

---

**CONSENT TO JOIN ACTION**

1

To opt in to this collective action, fill out this form and mail, fax, or e-mail it to:

2

3          BISNAR|CHASE LLP
           Brian D. Chase, Esq.
4          bchase@bisnarchase.com
           Jerusalem F. Beligan, Esq.
5          jbeligan@bisnarchase.com
           1301 Dove Street, Suite 120
6          Newport Beach, California 92660
           Telephone: 949.752.2999
7          Facsimile: 949.752.2777

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**CONSENT TO JOIN ACTION**

1  BRIAN D. CHASE (*pro hac vice pending*)
   bchase@bisnarchase.com
2  JERUSALEM F. BELIGAN (*pro hac vice*)
   jbeligan@bisnarchase.com
3  BISNAR|CHASE LLP
   1301 Dove Street, Suite 120
4  Newport Beach, California 92660
   Telephone: 949/752-2999
5  Facsimile: 949/752-2777

6  BRANIGAN A. ROBERTSON (*pro hac vice*)     MICHAEL L. FRADIN
   branigan@brobertsonlaw.com                 mike@fradinlaw.com
7  BRANIGAN ROBERTSON                         LAW OFFICE OF MICHAEL L. FRADIN
   9891 Irvine Center Drive, Suite 200        8401 Crawford Avenue, Suite 104
8  Irvine, California 92618                   Skokie, Illinois 60076
   Telephone: 949/667-3025                    Telephone: 847/644-3425
9  Facsimile: 949/242-9853                    Facsimile: 847/673-1228

10 Attorneys for Plaintiffs and Putative Classes

11

12                       UNITED STATES DISTRICT COURT

13                       NORTHERN DISTRICT OF ILLINOIS

14

15 Collin Wiersema; individually, and on
   behalf of all others similarly situated,
16
                                              **COLLECTIVE AND CLASS ACTION**
17              Plaintiffs,
                                              **CONSENT TO JOIN FLSA**
18      vs.                                   **COLLECTIVE ACTION PURSUANT**
                                              **TO 29 U.S.C. § 216(b)**
19 LIFE TIME FITNESS, INC., a Minnesota
   corporation; LTF CLUB MANAGEMENT
20 COMPANY, LLC, a Delaware Limited
   Liability Company; and LTF CLUB
21 OPERATIONS COMPANY, INC., a
   Minnesota corporation; and DOES 1 to 10,
22 inclusive,

23 Defendants.

24

25

26

27

28

                        **CONSENT TO JOIN ACTION**

1        TO THE COURT AND TO EACH PARTY AND COUNSEL OF RECORD

2  HEREIN, PLEASE TAKE NOTICE:

3        By my signature below, I hereby give my consent to be a plaintiff in the above-

4  captioned action. I want to join the lawsuit entitled: *Collin Wiersema; individually, and on*

5  *behalf of all others similarly situated, vs. LIFE TIME FITNESS, INC., a Minnesota*

6  *corporation; and DOES 1 through 10, inclusive,* in order to seek unpaid wages against

7  LIFETIME FITNESS, INC. under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C.

8  § 216(b), related to my employment with the aforementioned company.

9        I, therefore, authorize the filing and prosecution of the action in my name. By

10  consenting to this action, I agree to be bound by all decisions which the Court shall make in

11  connection with this matter. I choose to be represented in this matter by the law firms of

12  BISNAR|CHASE LLP, BRANIGAN ROBERTSON, INC., THE LAW OFFICES OF

13  MICHAEL L. FRADIN, and other attorneys with whom they may associate in this action.

14        At the time of signing this document, I was over eighteen (18) years of age and was a

15  resident of the State of  _California_  at the time of execution.

16

17

18             SIGNATURE:           _Samantha Chang_
                                      (Sign Your Name)

19

20             PRINTED NAME:     _Samantha Chang_
                                      (Print Your Name)

21             DATE SIGNED:      _02/24/2017_

22                                          (MM/DD/YYYY)

23

24

25

26

27

28

**CONSENT TO JOIN ACTION**

1

To opt in to this collective action, fill out this form and mail, fax, or e-mail it to:

2

3
BISNAR|CHASE LLP
Brian D. Chase, Esq.

4
*bchase@bisnarchase.com*
Jerusalem F. Beligan, Esq.

5
*jbeligan@bisnarchase.com*
1301 Dove Street, Suite 120

6
Newport Beach, California 92660
Telephone: 949.752.2999

7
Facsimile: 949.752.2777

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CONSENT TO JOIN ACTION**

1  TO THE COURT AND TO EACH PARTY AND COUNSEL OF RECORD

2  HEREIN, PLEASE TAKE NOTICE:

3  By my signature below, I hereby give my consent to be a plaintiff in the above-

4  captioned action. I want to join the lawsuit entitled: *Collin Wiersema; individually, and on*

5  *behalf of all others similarly situated, vs. LIFE TIME FITNESS, INC., a Minnesota*

6  *corporation; and DOES 1 through 10, inclusive,* in order to seek unpaid wages against

7  LIFETIME FITNESS, INC. under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C.

8  § 216(b), related to my employment with the aforementioned company.

9  I, therefore, authorize the filing and prosecution of the action in my name. By

10  consenting to this action, I agree to be bound by all decisions which the Court shall make in

11  connection with this matter. I choose to be represented in this matter by the law firms of

12  BISNAR|CHASE LLP, BRANIGAN ROBERTSON, INC., THE LAW OFFICES OF

13  MICHAEL L. FRADIN, and other attorneys with whom they may associate in this action.

14  At the time of signing this document, I was over eighteen (18) years of age and was a

15  resident of the State of $Arizona$ at the time of execution.

16

17

18  SIGNATURE: _____
                                                (Sign Your Name)

19  PRINTED NAME: Scott Carpenter
20                                              (Print Your Name)

21  DATE SIGNED: 02/24/2017
22                                              (MM/DD/YYYY)

23

24

25

26

27

28

---

**CONSENT TO JOIN ACTION**

1  BRIAN D. CHASE (*pro hac vice pending*)
   bchase@bisnarchase.com
2  JERUSALEM F. BELIGAN (*pro hac vice*)
   jbeligan@bisnarchase.com
3  BISNAR|CHASE LLP
   1301 Dove Street, Suite 120
4  Newport Beach, California 92660
   Telephone: 949/752-2999
5  Facsimile: 949/752-2777

6  BRANIGAN A. ROBERTSON (*pro hac vice*)        MICHAEL L. FRADIN
   branigan@brobertsonlaw.com                     mike@fradinlaw.com
7  BRANIGAN ROBERTSON                             LAW OFFICE OF MICHAEL L. FRADIN
   9891 Irvine Center Drive, Suite 200            8401 Crawford Avenue, Suite 104
8  Irvine, California 92618                        Skokie, Illinois 60076
   Telephone: 949/667-3025                         Telephone: 847/644-3425
9  Facsimile: 949/242-9853                         Facsimile: 847/673-1228

10 Attorneys for Plaintiffs and Putative Classes

11

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF ILLINOIS**

14

15 Collin Wiersema; individually, and on
   behalf of all others similarly situated,
16                                                **COLLECTIVE AND CLASS ACTION**
17                 Plaintiffs,
                                                  **CONSENT TO JOIN FLSA**
18         vs.                                     **COLLECTIVE ACTION PURSUANT**
                                                  **TO 29 U.S.C. § 216(b)**
19 LIFE TIME FITNESS, INC., a Minnesota
   corporation; LTF CLUB MANAGEMENT
20 COMPANY, LLC, a Delaware Limited
   Liability Company; and LTF CLUB
21 OPERATIONS COMPANY, INC., a
   Minnesota corporation; and DOES 1 to 10,
22 inclusive,

23         Defendants.

24

25

26

27

28

                       **CONSENT TO JOIN ACTION**

1

To opt in to this collective action, fill out this form and mail, fax, or e-mail it to:

2

3

BISNAR|CHASE LLP
Brian D. Chase, Esq.
*bchase@bisnarchase.com*
Jerusalem F. Beligan, Esq.
*jbeligan@bisnarchase.com*
1301 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: 949.752.2999
Facsimile: 949.752.2777

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**CONSENT TO JOIN ACTION**

1

BRIAN D. CHASE (*pro hac vice pending*)
bchase@bisnarchase.com
JERUSALEM F. BELIGAN (*pro hac vice*)
jbeligan@bisnarchase.com
BISNAR|CHASE LLP
1301 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: 949/752-2999
Facsimile: 949/752-2777

BRANIGAN A. ROBERTSON (*pro hac vice*)
branigan@brobertsonlaw.com
BRANIGAN ROBERTSON
9891 Irvine Center Drive, Suite 200
Irvine, California 92618
Telephone: 949/667-3025
Facsimile: 949/242-9853

MICHAEL L. FRADIN
mike@fradinlaw.com
LAW OFFICE OF MICHAEL L. FRADIN
8401 Crawford Avenue, Suite 104
Skokie, Illinois 60076
Telephone: 847/644-3425
Facsimile: 847/673-1228

Attorneys for Plaintiffs and Putative Classes

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF ILLINOIS**

Collin Wiersema; individually, and on behalf of all others similarly situated,

Plaintiffs,

vs.

LIFE TIME FITNESS, INC., a Minnesota corporation; LTF CLUB MANAGEMENT COMPANY, LLC, a Delaware Limited Liability Company; and LTF CLUB OPERATIONS COMPANY, INC., a Minnesota corporation; and DOES 1 to 10, inclusive,

Defendants.

**COLLECTIVE AND CLASS ACTION**

**CONSENT TO JOIN FLSA COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)**

**CONSENT TO JOIN ACTION**

TO THE COURT AND TO EACH PARTY AND COUNSEL OF RECORD

HEREIN, PLEASE TAKE NOTICE:

By my signature below, I hereby give my consent to be a plaintiff in the above-captioned action. I want to join the lawsuit entitled: *Collin Wiersema; individually, and on behalf of all others similarly situated, vs. LIFE TIME FITNESS, INC., a Minnesota corporation; and DOES 1 through 10, inclusive*, in order to seek unpaid wages against LIFETIME FITNESS, INC. under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), related to my employment with the aforementioned company.

I, therefore, authorize the filing and prosecution of the action in my name. By consenting to this action, I agree to be bound by all decisions which the Court shall make in connection with this matter. I choose to be represented in this matter by the law firms of BISNAR|CHASE LLP, BRANIGAN ROBERTSON, INC., THE LAW OFFICES OF MICHAEL L. FRADIN, and other attorneys with whom they may associate in this action.

At the time of signing this document, I was over eighteen (18) years of age and was a resident of the State of _____Nevada_____ at the time of execution.

SIGNATURE: _____
(Sign Your Name)

PRINTED NAME: _____SEAN POWELL_____
(Print Your Name)

DATE SIGNED: _____02/24/2017_____
(MM/DD/YYYY)

**CONSENT TO JOIN ACTION**

1                To opt in to this collective action, fill out this form and mail, fax, or e-mail it to:

2

3                            BISNAR|CHASE LLP
                            Brian D. Chase, Esq.

4                    *bchase@bisnarchase.com*
                    Jerusalem F. Beligan, Esq.

5                    *jbeligan@bisnarchase.com*
                    1301 Dove Street, Suite 120

6               Newport Beach, California 92660
                   Telephone: 949.752.2999

7                    Facsimile: 949.752.2777

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**CONSENT TO JOIN ACTION**

1   BRIAN D. CHASE (*pro hac vice pending*)
    bchase@bisnarchase.com
2   JERUSALEM F. BELIGAN (*pro hac vice*)
    jbeligan@bisnarchase.com
3   BISNAR|CHASE LLP
    1301 Dove Street, Suite 120
4   Newport Beach, California 92660
    Telephone:  949/752-2999
5   Facsimile:   949/752-2777

6   BRANIGAN A. ROBERTSON (*pro hac vice*)       MICHAEL L. FRADIN
    branigan@brobertsonlaw.com                   mike@fradinlaw.com
7   BRANIGAN ROBERTSON                           LAW OFFICE OF MICHAEL L. FRADIN
    9891 Irvine Center Drive, Suite 200          8401 Crawford Avenue, Suite 104
8   Irvine, California 92618                      Skokie, Illinois 60076
    Telephone:  949/667-3025                      Telephone:  847/644-3425
9   Facsimile:   949/242-9853                     Facsimile:  847/673-1228

10  Attorneys for Plaintiffs and Putative Classes

11

12                       UNITED STATES DISTRICT COURT

13                       NORTHERN DISTRICT OF ILLINOIS

14

15  Collin  Wiersema;  individually,  and  on
16  behalf of all others similarly situated,
                                                 **COLLECTIVE AND CLASS ACTION**
17                     Plaintiffs,
                                                 **CONSENT TO JOIN FLSA**
18        vs.                                    **COLLECTIVE ACTION PURSUANT**
                                                 **TO 29 U.S.C. § 216(b)**
19  LIFE TIME FITNESS, INC., a Minnesota
20  corporation; LTF CLUB MANAGEMENT
    COMPANY, LLC, a Delaware Limited
21  Liability Company;  and  LTF  CLUB
    OPERATIONS   COMPANY,   INC.,   a
22  Minnesota corporation; and DOES 1 to 10,
    inclusive,
23
    Defendants.
24

25

26

27

28

                         **CONSENT TO JOIN ACTION**

TO THE COURT AND TO EACH PARTY AND COUNSEL OF RECORD HEREIN, PLEASE TAKE NOTICE:

By my signature below, I hereby give my consent to be a plaintiff in the above-captioned action. I want to join the lawsuit entitled: *Collin Wiersema; individually, and on behalf of all others similarly situated, vs. LIFE TIME FITNESS, INC., a Minnesota corporation; and DOES 1 through 10, inclusive*, in order to seek unpaid wages against LIFETIME FITNESS, INC. under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), related to my employment with the aforementioned company.

I, therefore, authorize the filing and prosecution of the action in my name. By consenting to this action, I agree to be bound by all decisions which the Court shall make in connection with this matter. I choose to be represented in this matter by the law firms of BISNAR|CHASE LLP, BRANIGAN ROBERTSON, INC., THE LAW OFFICES OF MICHAEL L. FRADIN, and other attorneys with whom they may associate in this action.

At the time of signing this document, I was over eighteen (18) years of age and was a resident of the State of ____NV____ at the time of execution.

SIGNATURE: _____
(Sign Your Name)

PRINTED NAME: Seth Limon
(Print Your Name)

DATE SIGNED: 02/24/2017
(MM/DD/YYYY)

**CONSENT TO JOIN ACTION**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

To opt in to this collective action, fill out this form and mail, fax, or e-mail it to:

BISNAR|CHASE LLP
Brian D. Chase, Esq.
*bchase@bisnarchase.com*
Jerusalem F. Beligan, Esq.
*jbeligan@bisnarchase.com*
1301 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: 949.752.2999
Facsimile: 949.752.2777

**CONSENT TO JOIN ACTION**

1   BRIAN D. CHASE (*pro hac vice pending*)
    bchase@bisnarchase.com
2   JERUSALEM F. BELIGAN (*pro hac vice*)
    jbeligan@bisnarchase.com
3   BISNAR|CHASE LLP
    1301 Dove Street, Suite 120
4   Newport Beach, California 92660
    Telephone:  949/752-2999
5   Facsimile:   949/752-2777

6   BRANIGAN A. ROBERTSON (*pro hac vice*)          MICHAEL L. FRADIN
    branigan@brobertsonlaw.com                      mike@fradinlaw.com
7   BRANIGAN ROBERTSON                              LAW OFFICE OF MICHAEL L. FRADIN
    9891 Irvine Center Drive, Suite 200             8401 Crawford Avenue, Suite 104
8   Irvine, California 92618                         Skokie, Illinois 60076
    Telephone:  949/667-3025                        Telephone:  847/644-3425
9   Facsimile:   949/242-9853                       Facsimile:  847/673-1228

10  Attorneys for Plaintiffs and Putative Classes

11

12                        UNITED STATES DISTRICT COURT

13                        NORTHERN DISTRICT OF ILLINOIS

14

15  Collin   Wiersema;   individually,   and   on
16  behalf of all others similarly situated,
                                                     **COLLECTIVE AND CLASS ACTION**
17                        Plaintiffs,
                                                     **CONSENT TO JOIN FLSA
18          vs.                                       COLLECTIVE ACTION PURSUANT
                                                      TO 29 U.S.C. § 216(b)**
19  LIFE TIME FITNESS, INC., a Minnesota
20  corporation; LTF CLUB MANAGEMENT
    COMPANY, LLC, a Delaware Limited
21  Liability  Company;   and   LTF   CLUB
    OPERATIONS   COMPANY,   INC.,   a
22  Minnesota corporation; and DOES 1 to 10,
    inclusive,
23
    Defendants.
24

25

26

27

28

                        **CONSENT TO JOIN ACTION**

1   TO THE COURT AND TO EACH PARTY AND COUNSEL OF RECORD
2   HEREIN, PLEASE TAKE NOTICE:
3       By my signature below, I hereby give my consent to be a plaintiff in the above-
4   captioned action.  I want to join the lawsuit entitled: *Collin Wiersema; individually, and on*
5   *behalf of all others similarly situated, vs. LIFE TIME FITNESS, INC., a Minnesota*
6   *corporation; and DOES 1 through 10, inclusive*, in order to seek unpaid wages against
7   LIFETIME FITNESS, INC. under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C.
8   § 216(b), related to my employment with the aforementioned company.
9       I, therefore, authorize the filing and prosecution of the action in my name.  By
10  consenting to this action, I agree to be bound by all decisions which the Court shall make in
11  connection with this matter.  I choose to be represented in this matter by the law firms of
12  BISNAR|CHASE LLP, BRANIGAN ROBERTSON, INC., THE LAW OFFICES OF
13  MICHAEL L. FRADIN, and other attorneys with whom they may associate in this action.
14      At the time of signing this document, I was over eighteen (18) years of age and was a
15  resident of the State of ___Arizona___ at the time of execution.
16
17
18          SIGNATURE:          _____
                                  (Sign Your Name)
19
20          PRINTED NAME:       Stacy Chinander
                                  (Print Your Name)
21          DATE SIGNED:        2 - 27 - 2017
22                                (MM/DD/YYYY)
23
24
25
26
27
28

**CONSENT TO JOIN ACTION**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

To opt in to this collective action, fill out this form and mail, fax, or e-mail it to:

BISNAR|CHASE LLP
Brian D. Chase, Esq.
*bchase@bisnarchase.com*
Jerusalem F. Beligan, Esq.
*jbeligan@bisnarchase.com*
1301 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: 949.752.2999
Facsimile: 949.752.2777

**CONSENT TO JOIN ACTION**

1   BRIAN D. CHASE (*pro hac vice pending*)
    bchase@bisnarchase.com
2   JERUSALEM F. BELIGAN (*pro hac vice*)
    jbeligan@bisnarchase.com
3   BISNAR|CHASE LLP
    1301 Dove Street, Suite 120
4   Newport Beach, California 92660
    Telephone: 949/752-2999
5   Facsimile: 949/752-2777

6   BRANIGAN A. ROBERTSON (*pro hac vice*)    MICHAEL L. FRADIN
    branigan@brobertsonlaw.com               mike@fradinlaw.com
7   BRANIGAN ROBERTSON               LAW OFFICE OF MICHAEL L. FRADIN
    9891 Irvine Center Drive, Suite 200       8401 Crawford Avenue, Suite 104
8   Irvine, California 92618                 Skokie, Illinois 60076
    Telephone: 949/667-3025              Telephone: 847/644-3425
9   Facsimile: 949/242-9853                 Facsimile: 847/673-1228

10  Attorneys for Plaintiffs and Putative Classes

11

12

13                **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF ILLINOIS**

15

16  Collin Wiersema, individually, and on
    behalf of all others similarly situated,
17                          **COLLECTIVE AND CLASS ACTION**
18           Plaintiffs,
19                          **CONSENT TO JOIN FLSA**
         vs.                      **COLLECTIVE ACTION PURSUANT**
                            **TO 29 U.S.C. § 216(b)**
    LIFE TIME FITNESS, INC., a Minnesota
20  corporation; LTF CLUB MANAGEMENT
    COMPANY, LLC, a Delaware Limited
21  Liability Company; and LTF CLUB
    OPERATIONS COMPANY, INC., a
22  Minnesota corporation; and DOES 1 to 10,
    inclusive,
23
    Defendants.
24

25

26

27

28

                          **CONSENT TO JOIN ACTION**

1   TO THE COURT AND TO EACH PARTY AND COUNSEL OF RECORD
2   HEREIN, PLEASE TAKE NOTICE:

3   By my signature below, I hereby give my consent to be a plaintiff in the above-
4   captioned action. I want to join the lawsuit entitled: *Collin Wiersema; individually, and on*
5   *behalf of all others similarly situated, vs. LIFE TIME FITNESS, INC., a Minnesota*
6   *corporation; and DOES 1 through 10, inclusive*, in order to seek unpaid wages against
7   LIFETIME FITNESS, INC. under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C.
8   § 216(b), related to my employment with the aforementioned company.

9   I, therefore, authorize the filing and prosecution of the action in my name. By
10  consenting to this action, I agree to be bound by all decisions which the Court shall make in
11  connection with this matter. I choose to be represented in this matter by the law firms of
12  BISNAR|CHASE LLP, BRANIGAN ROBERTSON, INC., THE LAW OFFICES OF
13  MICHAEL L. FRADIN, and other attorneys with whom they may associate in this action.

14  At the time of signing this document, I was over eighteen (18) years of age and was a
15  resident of the State of Arizona at the time of execution.

16

17          SIGNATURE:          _____
18                              (Sign Your Name)

19          PRINTED NAME:       Vade L Pierce
20                              (Print Your Name)

21          DATE SIGNED:        02/24/2017
22                              (MM/DD/YYYY)

23

24

25

26

27

28

---

**CONSENT TO JOIN ACTION**

1

To opt in to this collective action, fill out this form and mail, fax, or e-mail it to:

2

3

BISNAR|CHASE LLP
Brian D. Chase, Esq.
*bchase@bisnarchase.com*
Jerusalem F. Beligan, Esq.
*jbeligan@bisnarchase.com*
1301 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: 949.752.2999
Facsimile: 949.752.2777

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CONSENT TO JOIN ACTION**

1  BRIAN D. CHASE (*pro hac vice pending*)
   bchase@bisnarchase.com
2  JERUSALEM F. BELIGAN (*pro hac vice*)
   jbeligan@bisnarchase.com
3  BISNAR|CHASE LLP
   1301 Dove Street, Suite 120
4  Newport Beach, California 92660
   Telephone: 949/752-2999
5  Facsimile:  949/752-2777

6  BRANIGAN A. ROBERTSON (*pro hac vice*)        MICHAEL L. FRADIN
   branigan@brobertsonlaw.com                     mike@fradinlaw.com
7  BRANIGAN ROBERTSON                             LAW OFFICE OF MICHAEL L. FRADIN
   9891 Irvine Center Drive, Suite 200            8401 Crawford Avenue, Suite 104
8  Irvine, California 92618                       Skokie, Illinois 60076
   Telephone: 949/667-3025                        Telephone: 847/644-3425
9  Facsimile:  949/242-9853                       Facsimile:  847/673-1228

10 Attorneys for Plaintiffs and Putative Classes

11

12                      **UNITED STATES DISTRICT COURT**

13                      **NORTHERN DISTRICT OF ILLINOIS**

14

15 Collin Wiersema; individually, and on
   behalf of all others similarly situated,
16
                                                   **COLLECTIVE AND CLASS ACTION**
17                 Plaintiffs,
                                                   **CONSENT TO JOIN FLSA**
18       vs.                                       **COLLECTIVE ACTION PURSUANT**
                                                   **TO 29 U.S.C. § 216(b)**
19 LIFE TIME FITNESS, INC., a Minnesota
   corporation; LTF CLUB MANAGEMENT
20 COMPANY, LLC, a Delaware Limited
   Liability Company; and LTF CLUB
21 OPERATIONS COMPANY, INC., a
   Minnesota corporation; and DOES 1 to 10,
22 inclusive,

23 Defendants.

24

25

26

27

28

                      **CONSENT TO JOIN ACTION**

1    TO THE COURT AND TO EACH PARTY AND COUNSEL OF RECORD

2 HEREIN, PLEASE TAKE NOTICE:

3    By my signature below, I hereby give my consent to be a plaintiff in the above-

4 captioned action. I want to join the lawsuit entitled: *Collin Wiersema; individually, and on*

5 *behalf of all others similarly situated, vs. LIFE TIME FITNESS, INC., a Minnesota*

6 *corporation; and DOES 1 through 10, inclusive*, in order to seek unpaid wages against

7 LIFETIME FITNESS, INC. under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C.

8 § 216(b), related to my employment with the aforementioned company.

9    I, therefore, authorize the filing and prosecution of the action in my name. By

10 consenting to this action, I agree to be bound by all decisions which the Court shall make in

11 connection with this matter. I choose to be represented in this matter by the law firms of

12 BISNAR|CHASE LLP, BRANIGAN ROBERTSON, INC., THE LAW OFFICES OF

13 MICHAEL L. FRADIN, and other attorneys with whom they may associate in this action.

14    At the time of signing this document, I was over eighteen (18) years of age and was a

15 resident of the State of _____CO_____ at the time of execution.

16

17

18    SIGNATURE:    _____
                                          (Sign Your Name)

19    PRINTED NAME:    _____
20                                        (Print Your Name)

21    DATE SIGNED:    ____2/28/17____
22                                        (MM/DD/YYYY)

23

24

25

26

27

28

---

**CONSENT TO JOIN ACTION**

1

To opt in to this collective action, fill out this form and mail, fax, or e-mail it to:

2

3

BISNAR|CHASE LLP
Brian D. Chase, Esq.
*bchase@bisnarchase.com*
Jerusalem F. Beligan, Esq.
*jbeligan@bisnarchase.com*
1301 Dove Street, Suite 120
Newport Beach, California 92660
Telephone: 949.752.2999
Facsimile: 949.752.2777

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CONSENT TO JOIN ACTION**