### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **COLLIN WIERSEMA, individually,** | ) | |
| **and on behalf of all others similarly** | ) | |
| **situated,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 1:17-cv-01585** |
| | ) | |
| **LIFE TIME FITNESS, INC., a** | ) | **Judge Sharon Johnson Coleman** |
| **Minnesota corporation; LTF CLUB** | ) | |
| **MANAGEMENT COMPANY, LLC, a** | ) | |
| **Delaware Limited Liability Company;** | ) | |
| **and LTF CLUB OPERATIONS** | ) | |
| **COMPANY, INC., a Minnesota** | ) | |
| **Corporation; and DOES 1 to 10,** | ) | |
| **Inclusive,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF SETTLEMENT

Plaintiff Collin Wiersema ("Named Plaintiff") and Defendants Life Time Fitness, Inc., LTF Club Management Company, LLC and LTF Club Operations Company, Inc. ("Defendants") (collectively the "Parties"), by and through their respective counsel, hereby notify the Court that the Parties have reached an agreement to settle the claims of the Named Plaintiff, the current opt-ins in this case and the former opt-ins in a related case also pending before this Court, *Steger et al. v. Life Time Fitness, Inc. et al.,* Case No. 14-cv-6056 (the "*Steger* case"). The Parties have yet to reach an agreement relative to Plaintiffs' claims for attorneys' fees and costs in this case and the *Steger* case.

Rather, this resolution includes all of the claims of the Named Plaintiffs (Steger, Ramsey and Wiersema), the claims of the current opt-ins in the *Wiersema* case and the claims of the former opt-ins in this case under the Fair Labor Standards Act ("FLSA"), Illinois Minimum Wage Law

("IMWL") and Illinois Wage Payment and Collection Act ("IWPCA"). Because this matter involves claims under the FLSA, the IMWL and the IWPCA, the Parties will submit a Motion for Approval of the Parties' Settlement Agreement within thirty (30) days and/or move to consolidate this matter with the *Steger* case. In that Motion, the Parties will either: 1) inform the Court that they have resolved Plaintiffs' claims for attorney's fees and costs, which will be included in the Motion for Approval; or 2) request a briefing schedule for the Court's resolution of Plaintiffs' claims for attorney's fees and costs should the Parties be unable to resolve this claim within thirty (30) days. Additionally, on or before May 19, 2017, the Parties will file a motion to address the deadlines previously set by this Court.

Respectfully submitted this 17th day of May, 2017.

/s/ Alison B. Crane
Eric R. Magnus (admission pending)
Jackson Lewis P.C.
1155 Peachtree Street NE, Suite 1000
Atlanta, Georgia 30309-3600
(404) 525-8200
magnuse@jacksonlewis.com

Alison B. Crane
Jackson Lewis P.C.
150 North Michigan Avenue, Suite 2500
Chicago, Illinois 60601
(312) 787-4949
alison.crane@jacksonlewis.com

**<u>CERTIFICATE OF SERVICE</u>**

I, Alison B. Crane, hereby certify that on this 17th day of May, 2017, I caused a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record who are registered with the Court's ECF/CM system.

By:  /s/ Alison B. Crane