**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JARED STEGER, DAVID RAMSEY, JOHN CHRISPENS, and MAI HENRY<br>      Plaintiffs, | ) )<br>) )<br>) | |
| v. | ) | CASE NO. 14-cv-6056 |
| | ) | |
| LIFE TIME FITNESS, INC., a Minnesota corporation; LTF CLUB MANAGEMENT COMPANY, LLC, a Delaware Limited Liability Company; and LTF CLUB OPERATIONS COMPANY, INC., a Minnesota Corporation; and DOES 1 to 10, Inclusive, | ) )<br>) )<br>) )<br>) )<br>) )<br>) )<br>) | Judge Sharon Johnson Coleman<br><br>Magistrate Judge Jeffrey Cole |
|       Defendants. | ) )<br>) )<br>) | |
| COLLIN WIERSEMA, individually, and on behalf of all others similarly situated, | ) )<br>) )<br>) | |
|       Plaintiff, | ) )<br>) | |
| v. | ) | CASE NO. 1:17-cv-01585 |
| | ) | |
| LIFE TIME FITNESS, INC., a Minnesota corporation; LTF CLUB MANAGEMENT COMPANY, LLC, a Delaware Limited Liability Company; and LTF CLUB OPERATIONS COMPANY, INC., a Minnesota Corporation; and DOES 1 to 10, Inclusive, | ) )<br>) )<br>) )<br>) )<br>) )<br>) | Judge Sharon Johnson Coleman |
|       Defendants. | ) | |

**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT, CONDITIONAL CERTIFICATION, APPROVAL OF CLASS
NOTICE, AND SETTING OF FINAL FAIRNESS HEARING**

The Court, having fully reviewed the Motion for Order Granting Preliminary Approval of Class Action Settlement, the supporting Points and Authorities, Declarations of Jerusalem F. Beligan, Brian D. Chase, Branigan Robertson, Declarations of Plaintiffs John Chrispens and Mai Henry, the Settlement Agreement, Notice of Class Action Settlement, Claim Form and the Proposed Order Granting Preliminary Approval, and in recognition of the Court's duty to make a preliminary determination as to the reasonableness of any proposed class action settlement and, if preliminarily determined to be reasonable, to ensure proper notice is provided to Class Members in accordance with due process requirements, and to conduct a Final Approval Hearing as to the good faith, fairness, adequacy and reasonableness of any proposed settlement, HEREBY MAKES THE FOLLOWING DETERMINATIONS AND ORDERS:

1.     The Court finds, on a preliminary basis, that the Settlement Agreement incorporated in full by this reference and made a part of this Order Granting Preliminary Approval, appears to be within the range of reasonableness of a settlement which could ultimately be given final approval by this Court. The Court notes that Defendants Life Time Fitness, Inc., LTF Club Management Company, LLC, and LTF Club Operations Company, Inc. ("Defendants") has agreed to pay the Gross Settlement Amount of $700,000 in full satisfaction of the claims as more specifically described in the Settlement Agreement.

2.     The Court also finds that, on a preliminary basis, the Settlement is fair and reasonable to Class Members when balanced against the probable outcome of further litigation relating to liability, class certification, damages issues, and potential appeals of rulings. The Court further finds that significant investigation, research, litigation and informal discovery have been conducted such that Counsel for the Parties are able to reasonably evaluate their respective positions. The Court further finds that settlement at this time will avoid substantial costs, delay and risks that would be presented by the further prosecution of the litigation, and that the proposed Settlement has been reached as the result

of intensive, informed and non-collusive negotiations between the Parties.

ACCORDINGLY, GOOD CAUSE APPEARING, THE MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT IS HEREBY GRANTED.

3.        As a part of said preliminary approval, the Court hereby accepts and incorporates the Parties' Settlement Agreement and hereby conditionally certifies the following Class of persons, for settlement purposes only, pursuant to the terms and conditions contained in said Settlement Agreement:

     A.     "California Class" means and refers to all persons who were employed by Defendants in the State of California as a Personal Trainer and/or Pilates Instructor/Coordinator or similar nomenclature as defined in the Operative Complaint at any time during the California Class Period.

     B.     "California Class Period" means the period of August 12, 2010 through the date of Preliminary Approval.

4.        The Court approves and appoints Plaintiffs John Chrispens and Mai Henry as the Class Representatives.

5.        The Court approves and appoints BISNAR|CHASE LLP, BRANIGAN ROBERTSON, INC., and the Law Offices of Michael Fradin as Class Counsel.

6.        The Court approves and appoints ILYM|Group, Inc. as the Claims Administrator to administrate the Settlement pursuant to the terms of the Settlement Agreement.

7.        The Court finds that the Notice of Class Action and Proposed Settlement ("Notice") and Claim Form adequately advise of the pendency of the Class Action, of the proposed Settlement, of the preliminary Court approval of the proposed Settlement, claim submission timing and procedures, objection timing and procedures, and of the Final Approval Hearing date. The Court further finds that these documents fairly and adequately advise Class Members of the terms of the proposed Settlement and the benefits available to

Class Members thereunder, and of the Final Approval Hearing and the right to file documentation in support of or in opposition to the Settlement and to appear in connection with said hearing. The Court further finds that the Notice and Claim Form clearly comport with all constitutional requirements including those of due process. ACCORDINGLY, GOOD CAUSE APPEARING, THE COURT HEREBY APPROVES (1) THE PROPOSED NOTICE OF CLASS ACTION SETTLEMENT, AND (2) THE PROPOSED CLAIM FORM ATTACHED AS EXHIBITS TO THE SETTLEMENT AGREEMENT.

8.      The Court finds that the mailing to the present and last known address of the members of the above-named Classes constitutes an effective method of notifying Class Members of their rights with respect to the Class Action and Settlement. ACCORDINGLY, IT IS HEREBY ORDERED that:

        A.      On or before 11/8/2017 (14 calendar days of preliminary approval), Defendant shall forward to the appointed Claims Administrator, IYLM|Group, Inc. the Class List (formatted as a Microsoft Office Excel spreadsheet) which will include for each Class Member the following: full name, last known address and telephone number to the extent available in Defendant's business records; social security number; dates of employment and respective number of Workweeks worked by each Class Member during the Class Period; and any other information the Parties agree is necessary to calculate each Class Member's Settlement Payment;

        B.      On or before 11/4/2017, (10 calendar days of preliminary approval), IYLM|Group, Inc. shall mail to each Class Member, by first class, postage pre-paid, the Notice, Claim Form, Exclusion Form, and pre-printed, postage paid return envelope (collectively the "Notice Packet"); and

C.     All mailings shall be made to the present and/or last known mailing address of the Class Members based on Defendant's records, as well as addresses that may be updated and located by the Claims Administrator who will conduct standard address searches in cases of returned mail as set forth in the Settlement Agreement. The Court finds and so orders that the mailing of the Notice Packet to Class Members as set forth in this paragraph is the best means practicable by which to reach Class Members and is reasonable and adequate pursuant to all constitutional and statutory requirements including all due process requirements.

9.     IT IS FURTHER ORDERED that:

A.     Objections to the Settlement must be in writing and must explain in clear and concise terms, the basis of each objection setting forth the factual and legal arguments in support. All papers in support of the objections must be filed with this District Court as described in the Notice on or before 12/19/2017, (45 days from the initial mailing of the Notice) and served on Counsel for Plaintiffs and Defendant. No person, except Class Counsel and Counsel for Defendant, shall be heard in opposition to such matters unless the Class Member has first complied with the conditions set forth in the Notice which conditions are incorporated herein.

B.     Claim Forms must be mailed to the Claims Administrator, postmarked on or before 12/19/2017, (45 calendar days from the initial mailing of the Notice Packet to the Class).

10.     IT IS FURTHER ORDERED that the Final Approval Hearing shall be held before the undersigned at 10:00 a.m. on 1/23/2018 in the above-entitled Court located at 219 S. Dearborn St., Chicago, Illinois to consider the fairness, adequacy and reasonableness of

the proposed Settlement preliminarily approved by this Order of Preliminary Approval, and to consider the application of Class Counsel BISNAR|CHASE LLP, BRANIGAN ROBERTSON, Inc, and Law Offices of Michael Fradin for an award of reasonable attorneys' fees and litigation expenses, Class Representative Enhancement Payments to each Plaintiff, and for the Claims Administration expenses incurred.

11.     IT IS FURTHER ORDERED that any Party to this case, including Class Members, may appear at the Final Approval hearing in person or by counsel, and may be heard to the extent allowed by the Court, in support of or in opposition to the Court's determination of the good faith, fairness, reasonableness and adequacy of the proposed Settlement, the requested attorneys' fees and litigation expenses, class representative enhancement payments and claims administration payment, and any Order Granting Final Approval and Judgment regarding such Settlement; provided, however, that no person, except Class Counsel and Counsel for Defendant, shall be heard in opposition to such matters unless such person has first complied with the conditions set forth in the Notice which conditions are incorporated herein.

12.     IT IS FURTHER ORDERED that all briefs in support of the proposed Settlement and the Final Approval hearing shall be served and filed with the Court on or before 12/19/2017.

13.     IT IS FURTHER ORDERED that all briefs in support of Class Counsels' requests for awards of attorneys' fees and litigation costs, Class Representative enhancement, and Claims Administration expenses shall be served and filed with the Court on or before 12/19/2017.

14.     IT IS FURTHER ORDERED that if, for any reason, the Court does not execute and file an Order Granting Final Approval and Judgment, or if the Effective Date, as defined by the Settlement Agreement, does not occur for any reason whatsoever, the Settlement Agreement and the proposed Settlement subject of this Order and all evidence and proceedings had in connection therewith, shall be null and void and without prejudice to

the *status quo ante* rights of the Parties to the litigation as more specifically set forth in the Settlement Agreement.

15.     IT IS FURTHER ORDERED that, pending further order of this Court, all proceedings in this matter except those contemplated herein and in the Settlement Agreement are stayed.

16.     The Court expressly reserves the right to adjourn or continue the Final Approval Hearing from time-to-time without further notice to the Class.

IT IS SO ORDERED.

Dated:  October 25, 2017

The Honorable Sharon Johnson Coleman
Judge of the United States District Court
For The Northern District of Illinois