**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JARED STEGER, DAVID RAMSEY, ) | CASE NO. 14-cv-6056 |
| ) | |
| Plaintiffs, ) | Judge Sharon Johnson |
| ) | Coleman Magistrate Judge |
| v. ) | Jeffrey Cole |
| ) | |
| LIFE TIME FITNESS, INC., a ) | |
| Minnesota corporation; LTF CLUB ) | |
| MANAGEMENT COMPANY, LLC, a ) | |
| Delaware Limited Liability Company; ) | |
| and LTF CLUB OPERATIONS ) | |
| COMPANY, INC., a Minnesota ) | |
| Corporation; and DOES 1 to 10, ) | |
| Inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| COLLIN WIERSEMA, individually, ) | |
| and on behalf of all others similarly ) | |
| situated, ) | CASE NO. 1:17-cv-01585 |
| ) | |
| Plaintiff, ) | Judge Sharon Johnson Coleman |
| ) | |
| v. ) | |
| ) | |
| LIFE TIME FITNESS, INC., a ) | |
| Minnesota corporation; LTF CLUB ) | |
| MANAGEMENT COMPANY, LLC, a ) | |
| Delaware Limited Liability Company; ) | |
| and LTF CLUB OPERATIONS ) | |
| COMPANY, INC., a Minnesota ) | |
| Corporation; and DOES 1 to 10, ) | |
| Inclusive, ) | |
| ) | |
| Defendants. ) | |

**ORDER OF PRELIMINARY APPROVAL**

1

Upon consideration of the Joint Motion for Approval of the settlement and its supporting memorandum, exhibits, and affidavit, and

It appears that the proposed settlement is fair and reasonable, and

It is therefore this 14th day of November 2017

ORDERED that the Parties' settlement is fair and reasonable;

ORDERED that for purposes of settlement, the Settling Plaintiffs shall consist of:

> current or former Personal Trainers who worked for Defendants and that filed consents to participate in either the *Steger/Ramsey* or *Wiersema* actions that did not work for Defendants in the state of California

ORDERED that within fifteen business days of the date of this order, Defendants shall send by first-class mail the payments to all Settling Plaintiffs;

Counsel for the Parties are hereby authorized to jointly use all reasonable procedures in connection with approval and administration of the settlement that are not materially inconsistent with this Order or the Settlement Agreement.

_____
Honorable Sharon Johnson Coleman
United States District Judge