## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Collin Wiersema

                     Plaintiff,

v.                                     Case No.: 1:17–cv–01585
                                             Honorable Sharon Johnson Coleman

Life Time Fitness, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 10, 2018:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 10/10/2018 to clarify the Court docket. Counsel for plaintiff appeared by phone. Pursuant to this Court's order on 10/19/2017 in case 14–cv–06056, Steger et al v. LTF Club Operations Company, Inc, the instant case was to be consolidated with 14–cv–06056 for purposes of class settlement. The final approval of class settlement having been granted on 7/3/2018, this Court dismisses this matter with prejudice. Civil case terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.